1

**MICHAELSON, SUSI & MICHAELSON**          (SPACE BELOW FOR FILING STAMP ONLY)

A Professional Corporation

2          ATTORNEYS AT LAW

SEVEN WEST FIGUEROA STREET, SECOND FLOOR

3          SANTA BARBARA, CALIFORNIA 93101-3191

Telephone:  (805) 965-1011

4          Facsimile:  (805) 965-7351

Jonathan G. Gura, Bar No. 214240

5          Peter Susi, Bar No. 62957

6          Attorneys for Debtor and Debtor-in-Possession

7

8                    **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

10

11    In re                              )   BK No.  9:11-bk-10125-RR
                                         )
12    TRI CITIES FAST LUBES, INC.,       )   Chapter 11
                                         )
13              Debtor.                  )
                                         )
14                                       )   APPLICATION OF DEBTOR-IN-
                                         )   POSSESSION TO EMPLOY COUNSEL
15                                       )   *NUNC PRO TUNC*; DECLARATION OF
                                         )   PETER SUSI
16                                       )
                                         )
17                                       )   No Hearing Required
                                         )

18

19         TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY

20    JUDGE:

21         The application of Tri Cities Fast Lubes, Inc., Debtor and

22    Debtor-in-Possession ("Applicant" or "Debtor"), respectfully

23    represents that:

24         1.   This case was commenced by the filing of a Chapter 11

25    voluntary petition on January 10, 2011.

26         2.   No trustee has been appointed by the Court, and

27    Applicant has remained as Debtor-in-Possession.

28

-1-

1       3.   Applicant wishes to employ the firm of Michaelson,

2   Susi & Michaelson, a Professional Corporation ("MS&M"), to

3   represent it in this Chapter 11 case on a general retainer for

4   such fees as may be awarded upon application to this Court and

5   after a hearing on notice to creditors.  The employment of MS&M

6   will be for the services arising in, arising under, or related

7   to this Chapter 11 case, more specifically set forth in the

8   retainer letter signed by Applicant, a copy of which is

9   attached hereto as Exhibit "A" and incorporated herein by this

10  reference.  MS&M seeks compensation pursuant to 11 U.S.C. §330.

11      4.   MS&M is a professional corporation composed of

12  attorneys who have specific expertise in bankruptcy matters.

13  MS&M has represented numerous debtors, creditors, and trustees

14  before this Court.

15      5.   MS&M is both disinterested, as that term is defined in

16  11 U.S.C. §101(14), and does not have an interest adverse to

17  the Debtor or to the estate, and is willing to serve as

18  Applicant's attorney upon the above-stated terms and

19  conditions.

20      6.   The pre-petition retainer previously received by MS&M

21  for representation in this case under Title 11, Chapter 11

22  United States Code is $100,000, plus the Chapter 11 filing fee

23  of $1,039.  The source of the retainer paid to MS&M was the

24  Debtor.

25      7.   The hourly rates of members of the firm and attorneys

26  employed by MS&M as of May 1, 2010, are as follows:

27

28

| Peter Susi | $475 |
| Franklyn S. Michaelson | $475 |
| Marjorie Lakin Erickson | $375 |
| Jon Gura | $375 |
| Legal Assistants | $ 95 |

8.   MS&M is not a creditor of Debtor and does not have a pre-petition claim against the estate.

9.   MS&M does not have, and has not had, any connection with Debtor or any related entities of Debtor.

10.   MS&M is familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Bankruptcy Rules and shall comply with same.

11.   A copy of the proposed order authorizing employment of MS&M is attached hereto as Exhibit "B."

12.   Notice of Application of Debtor and Debtor-in-Possession to Employ Counsel Nunc Pro Tunc has been served upon Debtor's twenty largest unsecured creditors and parties requesting special notice.  A copy of said notice is attached hereto as Exhibit "C."

WHEREFORE, Applicant prays that this Court enter its order authorizing Applicant to employ Michaelson, Susi & Michaelson, a Professional Corporation, as its attorney herein, *nunc pro tunc* as of January 10, 2011, and that Michaelson, Susi & Michaelson be authorized to draw against the unearned advance against future fees held in trust pursuant to United States Trustee Guide to Applications for Employment of Professionals

-3-

1  | and Treatment of Retainers, Section II, Paragraph B.2., and for

2  | all other proper orders.

3  |      DATED:  January  10 , 2011

4  |                          TRI-CITIES JIFFY LUBES, INC.

6  |                     By _____

7  |                        SEAN PORCHER, Chief Executive
                       Officer

1

2

## DECLARATION OF PETER SUSI

3      I, Peter Susi, declare as follows:

4      1.   I am a member of the firm of Michaelson, Susi &

5  Michaelson, a Professional Corporation, attorneys at law

6  ("MS&M").  All members and associates of the firm are duly

7  admitted to practice in the State of California and in the

8  above-entitled Court.  The Debtor-in-Possession ("Applicant" or

9  "Debtor") desires MS&M to represent it in the above-entitled

10 proceeding.

11     2.   I have read the Application of Debtor-in-Possession to

12 Employ Counsel *Nunc Pro Tunc*.  All of the statements made

13 therein regarding MS&M are true and correct.  These statements

14 are incorporated herein by this reference.  A biography of the

15 members of the firm of MS&M is attached hereto as Exhibit "D."

16     3.   MS&M agrees to be employed as counsel for the

17 Applicant for the purposes and upon the terms and conditions

18 stated in said application and to accept as compensation such

19 amounts as may be hereinafter allowed by the Bankruptcy Court

20 after a hearing on a properly noticed application pursuant to

21 11 U.S.C. § 330.

22     4.   I and all members of MS&M are disinterested, as that

23 term is defined in 11 U.S.C. §101(14), and do not represent any

24 interest adverse to the Debtor or to the estate or to any class

25 of creditors by reason of any direct or indirect relationship

26 or connection with the Debtor or any related entities of the

27 Debtor, or for any other reason, and are willing to serve as

28

-5-

1 | Applicant's attorney upon the above-stated terms and

2 | conditions.

3 |     5.  MS&M is not a creditor or an insider of the Debtor and

4 | does not have a pre-petition claim against it or any interest

5 | adverse to the estate.

6 |     6.  MS&M does not have, and has not had, any connection

7 | with the Debtor or any related entities of the Debtor.

8 |     7.  MS&M is familiar with the Bankruptcy Code, the

9 | Bankruptcy Rules, and the Local Bankruptcy Rules and shall

10 | comply with same.

11 |     8.  MS&M has received a retainer of $100,000 from the

12 | Debtor, as more fully described in the application presented

13 | herein.  The portion of the retainer which was not used prior

14 | to the order for relief has been deposited into an interest

15 | bearing trust account as required by the United States Trustee

16 | Guide to Applications for Employment of Professionals and

17 | Treatment of Retainers, Section II.B., 1-4.

18 |     9.  MS&M will fully comply with the Bankruptcy Code,

19 | Bankruptcy Rules, Local Bankruptcy Rules, and United States

20 | Trustee Guide to Applications for Employment of Professionals

21 | and Treatment of Retainers, Section II.B., 1-4, with respect to

22 | counsel's unearned fees.

23 |     10.  I have read the foregoing statements based upon my

24 | personal knowledge and if called upon, could competently

25

26

27

28

testify thereto.

I declare under the penalty for perjury under the laws of the United States of America that the foregoing statements are true.

Executed this _10th_ day of January, 2011, at Santa Barbara, California.

PETER SUSI

MICHAELSON, SUSI & MICHAELSON
A PROFESSIONAL CORPORATION

PETER SUSI
FRANKLYN S. MICHAELSON
JONATHAN G. GURA

MARJORIE LAKIN ERICKSON
OF COUNSEL

ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191

TELEPHONE
(805) 965-1011
TELECOPIER
(805) 965-7351
E-MAIL: MSM@MSMLAW.COM

January 10, 2011

Tri Cities Fast Lubes, Inc.
Attention Sean Porcher
230 Station Way, Suite D
Arroyo Grande, CA 93420

Re:   Chapter 11 Bankruptcy Case for Tri Cities Fast Lubes, Inc.

Dear Sean:

This letter will confirm an agreement regarding the payment of attorney fees and costs to
Michaelson, Susi & Michaelson ("MS&M"), a Professional Corporation, for services rendered by
MS&M in a Chapter 11 case for [NAME] (Debtor"). California law requires that any agreement
between an attorney and the attorney's client involving legal fees expected to exceed $1,000 must
be in writing and signed by both parties, and that the law firm disclose to the client that the firm
currently maintains errors and omissions liability insurance coverage, which MS&M does. In
consideration for a retainer in the amount of $100,000, plus the filing fee of $1,039, MS&M has
agreed to represent Debtor in a voluntary Chapter 11 case to be filed.

That portion of the retainer which remains unused as of the date the Chapter 11 case is filed will
be held in trust and will be drawn upon as authorized by United States Trustee Guide to
Applications for Employment of Professionals and Treatment of Retainers Section II.B, 1-4.
Ultimately, all compensation paid to MS&M by the debtor shall be fixed by the bankruptcy court
pursuant to the provisions of §§328 and 329 of the Bankruptcy Code. If, however, the case is
dismissed for some reason, we will be entitled to compensation pursuant to this agreement and
detailed billings we will send to you.

It is understood that the retainer may not be payment in full for all services to be rendered. The
ultimate fee submitted for court approval by MS&M will be based upon the normal hourly rates
of the attorney and paralegal members of the firm and the number of hours each attorney and
paralegal works on the case. The current hourly rates are listed below:

|                          |       |
|--------------------------|-------|
| Peter Susi               | $475  |
| Franklyn S. Michaelson   | $475  |
| Jon Gura                 | $375  |
| Marjorie Lakin Erickson  | $375  |
| Legal Assistants         | $ 95  |



EXHIBIT "A"

8

Tri Cities Fast Lubes, Inc.
Page No. 2
January 10, 2011

Hourly rates of all lawyers in the firm may change during the course of the case. When hourly rates change you will be notified.

In addition to the usual hourly rate, the amount of the fee requested and ultimately awarded may be influenced by the result achieved, the complexity of the case, the risk of non-payment, the delay between services rendered and payment therefor, and any other factors presented to the court at the time a fee application is filed. The firm's normal practice is to bill the client for time spent traveling on client business. It has been additionally agreed that the bankruptcy estate will reimburse MS&M for costs incurred in connection with the case, as approved by the court. These costs include, but are not limited to filing fees, long distance telephone charges, court reporter fees (if advanced by MS&M), fax charges and photocopying.

You have provided or will be providing us with information for the petition, schedules, statement of financial affairs, and possibly other documents, which we will be preparing for filing with the bankruptcy court. You on behalf of Debtor will be signing these documents under penalty of perjury. These are your statements, not the statements of your lawyers. We are simply preparing the documents for you; you are supplying the content. Therefore, you as Chief Executive Officer of Debtor agree to thoroughly and carefully read the documents we prepare for your signature. If you find that any statement is incorrect, unclear or untrue, we agree that you will bring it to our attention immediately so we can discuss it and make any necessary changes or clarification before you sign the document and we file it with the court.

Filing bankruptcy has state and federal tax consequences. Our office is not qualified to render advice in the highly technical area of the tax aspects of bankruptcy. Certain narrowly prescribed time limits may apply and, therefore, we encourage you to consult a certified public accountant or qualified tax advisor immediately. In particular, if your bankruptcy case is being filed by you as an individual, you should immediately consult a tax professional regarding the question whether to close your tax year as of the day before filing bankruptcy. This determination must be made shortly after your bankruptcy case is filed.

The services to be provided by MS&M include all actions needed, and/or normally taken by counsel for the debtor and debtor-in-possession in the administration of a Chapter 11 case. MS&M, as general bankruptcy counsel, will not be responsible for appearances before or otherwise representing Debtor in any court or agency, other than the bankruptcy court and the United States Trustee; litigation in the bankruptcy court with respect to matters that are, in the main, disputes involving issues of non- bankruptcy law; or the provision of substantive legal advice outside the insolvency area, such as corporate, taxation, securities, torts, environmental, labor, criminal, mining, minerals, insurance, "lender liability," consumer, or real estate law. Further, MS&M will not be required to devote attention to, form professional opinions as to, or advise Debtor with respect to disclosure obligations under federal securities or other non-bankruptcy laws or agreements. MS&M will not be responsible for preparing and filing your

**9**

Tri Cities Fast Lubes, Inc.
Page No. 3
January 10, 2011


Operating Reports with the U.S. Trustee, though we will review these documents and contact you regarding problems we may see.

Additionally, services to be rendered by MS&M specifically do not include the following, unless otherwise agreed at a later time: prosecution or defense of any adversary proceedings in the bankruptcy court except as specifically set forth in this retainer agreement and defense of discharge or dischargeability actions.

MS&M agrees to represent Debtor in prosecuting or defending the following contested matters and adversary proceedings in the bankruptcy court:

1.   Relief from stay actions;

2.   Plan of reorganization and disclosure statement disputes;

3.   Matters initiated by the U.S. Trustee; and

4.   Other contested matters and adversary proceedings as may be agreed upon in writing at a later time by MS&M and Debtor.

In the event litigation is instituted to enforce the terms of this agreement, the prevailing party shall be entitled to collect reasonable attorney fees and costs incurred in the course of that litigation.

In a Chapter 11, many of the decisions Debtor would ordinarily make on its own may require court approval. MS&M will assist you in this regard. We agree to communicate regarding business decisions that are not routine.

You shall have at all times the right to terminate the services of MS&M upon written notice and approval by the bankruptcy court, subject to your responsibility to pay fees as set forth herein. MS&M shall have the right to terminate its services upon written notice and approval of the bankruptcy court if you fail to cooperate with any reasonable request of MS&M, fail to pay costs, or if MS&M determines in its own reasonable discretion that it would be unethical or impractical to continue services for Debtor. MS&M may withdraw in the event that the debtor entity or control thereof is transferred during the Chapter 11 case. Additionally, in the event the case is converted to a Chapter 7, we agree that MS&M is not obligated to render any further services unless a separate fee agreement is made. If Debtor or MS&M withdraw from this agreement, Debtor is obligated to compensate MS&M pursuant to this agreement for the reasonable value of the services rendered by MS&M to the date of termination.

Tri Cities Fast Lubes, Inc.
Page No. 4
January 10, 2011

From time to time in the past, and possibly as of this date, MS&M has represented certain banks, including First State Bank of the Oaks, Santa Barbara Bank & Trust, Montecito Bank & Trust, and First Interstate Bank (Wells Fargo). Possibly one or more of these banks is one of Debtor's creditors. We do not believe a conflict of interest exists by virtue of this representation and no representation will be undertaken adverse to you or Debtor's case. Your signature on the enclosed copy of this letter indicates your waiver of any conflict that does exist.

If this letter accurately states the terms and conditions of the fee agreement we have made, please sign the enclosed copy of this letter and return it to me.

Thank you for consulting with us. I look forward to a productive working relationship.

MICHAELSON, SUSI & MICHAELSON
A Professional Corporation

PETER SUSI

IT IS SO AGREED.

DATED: _____1/10/11_____

TRI CITIES FAST LUBES, INC.

By_____
    SEAN PORCHER, Chief Executive
    Officer

Tri Cities Fast Lubes, Inc.
Page No. 5
January 10, 2011

### SECURITY AGREEMENT

The undersigned hereby grants to Michaelson, Susi & Michaelson, a Professional Corporation ("MS&M"), a security interest in the funds paid to and held by MS&M pursuant to the foregoing Retainer Agreement as security for any and all fees and costs incurred by MS&M on behalf of Debtor in connection with its Chapter 11 case as approved by the bankruptcy court upon a properly noticed application.

DATED: _____1/10/11_____

TRI CITIES FAST LUBES, INC.

By_____

SEAN PORCHER, Chief Executive Officer

1

**MICHAELSON, SUSI & MICHAELSON**
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

(SPACE BELOW FOR FILING STAMP ONLY)

2

3

4

Jonathan G. Gura, Bar No. 214240
Peter Susi, Bar No. 62957

5

6

Attorneys for Debtor and Debtor-in-Possession

7

8

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION**

10

11

In re

)   BK No. 9:11-bk-10125-RR

)

12

TRI CITIES FAST LUBES, INC.,

)   Chapter 11

)

13

Debtor.

)   ORDER AUTHORIZING DEBTOR-IN-
)   POSSESSION TO EMPLOY COUNSEL

14

)   *NUNC PRO TUNC*

)

15

)

)   No Hearing Required

16

)

)

17

)

18

19

AT SANTA BARBARA, CALIFORNIA, IN SAID DISTRICT, ON THE

20

_____ DAY OF JANUARY, 2011.

21

The Debtor-in-Possession herein having filed its

22

application for authority to employ counsel at the expense of

23

the estate, and notice thereof having been given pursuant to

24

Local Rule 2014-1(b)(2), and no pleading having been filed in

25

opposition to the application, and it appearing satisfactorily

26

therefrom for the reasons shown therein that it is necessary

27

that the Debtor-in-Possession employ counsel, and it further

28

appearing to the satisfaction of the undersigned that counsel

**EXHIBIT " B "**

1  represents no interest adverse to the Debtor-in-Possession or

2  the estate, and it further appearing that the employment of

3  Michaelson, Susi & Michaelson, a Professional Corporation,

4  would be in the best interests of the estate and that this

5  cause is one justifying employment of counsel on a general

6  retainer, it is,

7      ORDERED that said Debtor-in-Possession be, and it is

8  hereby, authorized to employ Michaelson, Susi & Michaelson, a

9  Professional Corporation, of Santa Barbara, California, at the

10  expense of the estate *nunc pro tunc* as of January 10, 2011, to

11  represent it in these proceedings, with all fees subject to

12  court approval after notice and a hearing, and it is further,

13      ORDERED that Michaelson, Susi & Michaelson, a Professional

14  Corporation, is authorized to draw against the unearned advance

15  against future fees held in trust pursuant to United States

16  Guide to Applications for Employment of Professionals and

17  Treatment of Retainers, Section II, Paragraph B.2, and it is

18  further,

19      ORDERED that the allowance of all fees and costs is

20  subject to court approval under 11 U.S.C. § 330 after notice

21  and a hearing.

22

23

                                  _____
24                                    HONORABLE ROBIN L. RIBLET
                                  UNITED STATES BANKRUPTCY JUDGE

25

26

27

28

1 | **MICHAELSON, SUSI & MICHAELSON**   (SPACE BELOW FOR FILING STAMP ONLY)

A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Jonathan G. Gura, Bar No. 214240
Peter Susi, Bar No. 62957

Attorneys for Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re | BK No. 9:11-bk-10125-RR |
| TRI CITIES FAST LUBES, INC., | Chapter 11 |
| Debtor. | NOTICE OF APPLICATION OF DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL *NUNC PRO TUNC* |
| | [Loc.R.Bankr.P. 2014-1(b)(2)] |
| | <u>No Hearing Required</u> |

TO THE UNITED STATES TRUSTEE, TWENTY LARGEST UNSECURED CREDITORS, AND PARTIES REQUESTING SPECIAL NOTICE:

PLEASE TAKE NOTICE that on January 18, 2011, an Application of Debtor-in-Possession to Employ Counsel *Nunc Pro Tunc* was filed with the court seeking approval of the employment of Michaelson, Susi & Michaelson, a Professional Corporation, as general bankruptcy counsel to the Debtor-in-Possession pursuant to 11 U.S.C. §§ 327 and 330, *nunc pro tunc* as of January 10, 2011, the date this case was filed.

**EXHIBIT** [1]" _C_ "

1          For further details, you can obtain a copy of said

2    application by contacting the undersigned at the address set

3    forth above.

4          PLEASE TAKE FURTHER NOTICE that any party wishing to

5    oppose the application must file a written objection with the

6    court and request for a hearing and serve the undersigned and

7    the United States Trustee not less than fourteen (14) days from

8    the date of this notice.  Any objection and request for hearing

9    must be in the form required by Local Rule of Bankruptcy

10   Procedure 9013-1(f)(1).  Any objection not timely filed and

11   served may be deemed waived.

12         DATED:  January *18*, 2011.

13                   MICHAELSON, SUSI & MICHAELSON
                      A Professional Corporation

14

15

16                   By:

17                      JONATHAN GURA, Attorneys
                   for Debtor and Debtor-in-

18                      Possession

19

20

21

22

23

24

25

26

27

28

| In re:                            | CHAPTER 11 |
|-----------------------------------|-----------|
| TRI-CITIES FAST LUBES, INC.       | CASE NUMBER 9:11-bk-10125-RR |
|                        Debtor(s). |           |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 7 West Figueroa Street, Second Floor, Santa Barbara, California 93101.

The foregoing document   NOTICE OF APPLICATION OF DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL NUNC PRO TUNC   was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On   January 18, 2011  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   January 18, 2011  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   January 18, 2011  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Via Personal Delivery
The Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA  93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 18, 2011 | Cheryl Niccoli | *Cheryl Niccoli* |
|------------------|----------------|------------------|
| Date             | Type Name      | Signature        |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**Tri-Cities Fast Lube, Inc.**
**9:11-bk-10125-RR**


SERVED ELECTRONICALLY

Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Jonathan Gura    jon@msmlaw.com, cheryl@msmlaw.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov


SERVED BY U.S. MAIL

20 Largest Unsecured Creditors

A&I Distributors
PO Box 1999
Billings, MT 59103

The Admark Group
96 N Sunnyslope Ave #B
Pasadena, CA 91107

Coast Sign Incorporated
1500 W Embassy Street
Anaheim, CA 92802

Confero Inc
1152 Executive Circle
Suite 10
Cary, NC 27511

Connell
PO Box 3998
Pasco, WA 99302

Jiffy Lube International
PO Box 7247-6242
Philadelphia, PA 19170-6242

K&M Jackson
3700 NW Roosevelt Drive
Corvallis, OR 97330

The Lamar Companies
PO Box 96030
Baton Rouge, LA 70896

Littler Mendelson PC
PO Box 45547
San Francisco, CA 94145-0547

John Lundin
5337 E Hayden Lake Road
Hayden, ID 83835

Mancini Properties
PO Box 361930
Milpitas, CA 95036-1930

MIC Corporation
8205 N Division
Spokane, WA 99208

Peake Contractors LLC
PO Box 2441
Pasco, WA 99302

Premier Landscape Services
10014 E Montgomery #9
Spokane, WA 99206

-1-

Sopus Products
PO Box 7247-6236
Philadelphia, PA 19170-6236

Thompson-Jackson LP
3700 NW Roosevelt Drive
Corvallis, OR 97330

John Toneri
122 S Bentley Place
Post Falls, ID 83854

Washington State
Department of Revenue
PO Box 34051
Seattle, WA 98124-1051

-2-

**19**

# FIRM RESUME

## PETER SUSI

Juris Doctor degree, University of Chicago Law School 1974. Admitted to California and federal bar 1974. Associate with Stutman, Treister & Glatt 1974-1977. Associate with Danning, Gill, Michaelson & Gould 1977-1979. Partner with Michaelson & Susi, later Michaelson, Susi & Michaelson, 1979-present. Practice limited exclusively to bankruptcy, reorganization, and other debtor/creditor-related matters. Has acted as lead attorney on seventy or more Chapter 11 bankruptcy cases and served as counsel to Chapter 7 and Chapter 11 Trustees on numerous occasions. Former adjunct professor at Santa Barbara College of Law and volunteer judge pro tem in Santa Barbara County Small Claims Court. Lectures regularly to bar association and certified public accountancy groups as well as to the general public.

## FRANKLYN S. MICHAELSON

Juris Doctor degree, University of California, Davis, California, 1974. Admitted to California and federal bar 1974. Former deputy district attorney, deputy public defender, and associate at Schlegel, Friedemann & Menke (Orange, California) and Hatch & Parent (Santa Barbara, California). Retained bankruptcy expert by County of Santa Barbara; former adjunct professor, Santa Barbara School of Law; and frequent lecturer on bankruptcy matters to professional and student groups and local media. Member: Federal Bar Association; Santa Barbara and Ventura County Bar Associations; Board of Directors, Federal Bar Association - Central Coast Chapter; and Los Angeles Bankruptcy Forum. National Delegate, Federal Bar Association, 2004 Annual Conference. Former member: Ninth Circuit Judicial Conference Lawyer Representative; Leadership Subcommittee of Long Range Plan Implementation Committee for U.S. Bankruptcy Court, Central District of California; 2001 Merit Selection Panel for reappointment of U.S. Magistrate Judge; and American Bankruptcy Institute. Partner, Michaelson, Susi & Michaelson, a Professional Corporation, 1982-present, Santa Barbara, California. Practice focused on bankruptcy, reorganization, and other debtor/creditor related matters, representing debtors, creditors, and creditor committees, with emphasis in bankruptcy court litigation.

## JONATHAN GURA

Juris Doctor degree from UCLA School of Law (Order of the Coif) in 1999. Admitted to California and federal bar 2000. Bachelors of Arts degree in Economics from University of California at Berkeley (Phi Beta Kappa) in 1996. Judicial Law Clerk for the Honorable Ronald S.W. Lew of the United States District Court for the Central District of California. Former associate at the law firms Irell & Manella and Klee, Tuchin, Bogdanoff & Stern. Principal of JKG Properties LLC, a real estate investment firm.



EXHIBIT " D "

Michaelson, Susi & Michaelson
Firm Resume
Page -2-

# MARJORIE LAKIN ERICKSON

Juris Doctor degree from Loyola Law School (Magna Cum Laude), 1980.  Admitted to California and federal bar 1980.  Judicial Law Clerk for the Honorable Barry Russell, Bankruptcy Judge, Central District of California.  Former associate at the law firms Hagen & Hagen, Fenwick & West, and Rintala, Smoot, Jaenicke & Rees.  Assistant Regional Director of the Federal Trade Commission, Los Angeles, 1989-1991.  Assistant United States Trustee for the Office of the United States Trustee, Los Angeles, 1991-1997.  Senior Trial Attorney for the Office of the United States Trustee, Santa Barbara, 1997-2008.

Michaelson, Susi & Michaelson
Firm Resume
Page -3-

## LEGAL ASSISTANTS

### CHERYL NICCOLI

University of California, Santa Barbara 1964-1967.  Graduated with honors June 1983 from Santa Barbara Business College Legal Secretary Program.  Legal secretary/legal assistant at Michaelson, Susi & Michaelson, July 1983 to present, assisting attorneys in more than 100 Chapter 11 bankruptcy cases and other debtor-creditor matters, including the initial preparation of bankruptcy petitions, schedules and related documents, as well as the initial drafting of notices, motions, applications, and orders.  Completed ABA accredited UCSB Legal Assistantship Program course Bankruptcy Law for Paralegals.

### KIM CORDERO

Graduated from Snyder Business College Legal Secretary Program (Santa Barbara) in 1979.  Legal secretary at Haws, Record & Williford from 1979 to 1985; executive secretary at Transcontinental Corporation from 1985 to 1989; legal secretary/legal assistant at Michaelson, Susi & Michaelson from 1989 to present, assisting attorneys in more than 50 Chapter 11's and 100 Chapter 7's, including initial drafting of various bankruptcy petitions, schedules and related documents, notices, motions, applications, orders, and discovery documents, as well as assisting in other debtor/creditor-related matters.  Completed ABA accredited UCSB Legal Assistantship Program course Bankruptcy Law for Paralegals.

| | |
|---|---|
| In re:<br><br>TRI-CITIES FAST LUBES, INC.<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER  9:11-bk-10125-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 7 West Figueroa Street, Second Floor, Santa Barbara, California 93101.

The foregoing document   APPLICATION OF DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL NUNC PRO TUNC; DECLARATION OF PETER SUSI   was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On ____January 18, 2011_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Brian D Fittipaldi     brian.fittipaldi@usdoj.gov
Jonathan Gura     jon@msmlaw.com, cheryl@msmlaw.com
United States Trustee (ND)     ustpregion16.nd.ecf@usdoj.gov

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| January 18, 2011 | Cheryl Niccoli | *Cheryl Niccoli* |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 9013-3.1**