ORIGINAL

**MICHAELSON, SUSI & MICHAELSON**
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351

Jonathan G. Gura, Bar No. 214240
Peter Susi, Bar No. 62957

Attorneys for Debtor and Debtor-in-Possession

(SPACE BELOW FOR FILING STAMP ONLY)

ENTERED FEB 11 2011

LODGED FEB 04 2011

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

In re )  BK No. 9:11-bk-10125-RR
)
TRI CITIES FAST LUBES, INC., )  Chapter 11
)
      Debtor. )  ORDER AUTHORIZING DEBTOR-IN-
)  POSSESSION TO EMPLOY COUNSEL
)  *NUNC PRO TUNC*
)
)
)  No Hearing Required
)
)
)

AT SANTA BARBARA, CALIFORNIA, IN SAID DISTRICT, ON THE 10th DAY OF February, 2011.

The Debtor-in-Possession herein having filed its application for authority to employ counsel at the expense of the estate, and notice thereof having been given pursuant to Local Rule 2014-1(b)(2), and no pleading having been filed in opposition to the application, and it appearing satisfactorily therefrom for the reasons shown therein that it is necessary that the Debtor-in-Possession employ counsel, and it further appearing to the satisfaction of the undersigned that counsel

-1-

1 | represents no interest adverse to the Debtor-in-Possession or
2 | the estate, and it further appearing that the employment of
3 | Michaelson, Susi & Michaelson, a Professional Corporation,
4 | would be in the best interests of the estate and that this
5 | cause is one justifying employment of counsel on a general
6 | retainer, it is,

7 |     ORDERED that said Debtor-in-Possession be, and it is
8 | hereby, authorized to employ Michaelson, Susi & Michaelson, a
9 | Professional Corporation, of Santa Barbara, California, at the
10 | expense of the estate *nunc pro tunc* as of January 10, 2011, to
11 | represent it in these proceedings, with all fees subject to
12 | court approval after notice and a hearing, and it is further,

13 |     ORDERED that Michaelson, Susi & Michaelson, a Professional
14 | Corporation, is authorized to draw against the unearned advance
15 | against future fees held in trust pursuant to United States
16 | Guide to Applications for Employment of Professionals and
17 | Treatment of Retainers, Section II, Paragraph B.2, and it is
18 | further,

19 |     ORDERED that the allowance of all fees and costs is
20 | subject to court approval under 11 U.S.C. § 330 after notice
21 | and a hearing.

22
23 |                            */s/ Robin Riblet*
                           HONORABLE ROBIN L. RIBLET
24 |                            UNITED STATES BANKRUPTCY JUDGE
25
26
27
28

| In re:<br>TRI-CITIES FAST LUBES, INC.<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 9:11-bk-10125-RR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 7 West Figueroa Street, Second Floor, Santa Barbara, California 93101.

The foregoing document __ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL NUNC PRO TUNC__ was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __February 4, 2011__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __February 4, 2011__, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Via Personal Delivery
The Honorable Robin Riblet
U.S. Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 4, 2011 | Cheryl Niccoli | /s/ Cheryl Niccoli |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                             **F 9013-3.1**

| In re: | CHAPTER   11 |
|---|---|
| TRI-CITIES FAST LUBES, INC.<br><div align="right">Debtor(s).</div> | CASE NUMBER   9:11-bk-10125-RR |

**NOTE TO USERS OF THIS FORM:**
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)___ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY COUNSEL NUNC PRO TUNC_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____February 4, 2011_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      F 9021-1.1

# Tri-Cities Fast Lube, Inc.
# 9:11-bk-10125-RR

SERVED ELECTRONICALLY

Kristin Knox Esche    kristinknoxesche@dwt.com, lisahernandez@dwt.com
Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
Jonathan Gura    jon@msmlaw.com, cheryl@msmlaw.com
United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov


SERVED BY U.S. MAIL

Interested Parties
Wendell G. Kusnerus
Davis Wright Tremaine LLP
1300 SW 5th Avenue, Suite 2300
Portland, OR 97201

Mary H. Hass
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017

Michael I. Wayne
Gibbs, Giden, Locher, Turner & Senet LLP
1880 Century Park East, 12th Floor
Los Angeles, CA 90067-1621

Tri Cities Fast Lubes, Inc.
Attention Sean Porcher
2624 Airpark Drive, Suite B
Santa Maria, CA 93455