| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael I. Wayne, Esq.,   CSB #169840<br>Philip C. Zvonicek, Esq.,   CSB #220869<br>GIBBS, GIDEN, LOCHER, TURNER & SENET LLP<br>1880 Century Park East, 12th Floor<br>Los Angeles, CA  90067-1621<br>(310) 552-3400<br><br>☐ *Individual appearing without counsel*<br>☒ Attorney for: COAST SIGN, INCORPORATED | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: Tri Cities Fast Lubes, Inc. | CHAPTER: 11 |
|---|---|
| | CASE NO.: 9:11-bk-10125-RR |
| | DATE:<br>TIME:<br>CTRM: 201<br>FLOOR: 2nd |
| Debtor(s). | |

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (with supporting declarations)
## (MOVANT: COAST SIGN INCORPORATED )
## (Real Property)

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any) ("Responding Parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. Hearing Location:   ☐ **255 East Temple Street, Los Angeles**   ☐ **411 West Fourth Street, Santa Ana**
   ☐ **21041 Burbank Boulevard, Woodland Hills**   ☒ **1415 State Street, Santa Barbara**
   ☐ **3420 Twelfth Street, Riverside**

3. a. ☐ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this Motion.

   b. ☒ This Motion is being heard on SHORTENED NOTICE. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence may be filed and served:

   ☒ at the hearing   ☐ at least _____ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court and such motion and order have been or are being served upon the debtor and trustee, if any.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1M.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RP**

F4001MRP

Motion for Relief from Stay (Real Property) - *Page 2 of 39* **F 4001-1M.RP**

| In re<br>Tri Cities Fast Lubes, Inc. | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

5.  If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: March 1, 2011

GIBBS, GIDEN, LOCHER, TURNER & SENET, LLP
*Print Law Firm Name (if applicable)*

Philip C. Zvonicek, Esq.
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                 **F 4001-1M.RP**

| In re **Tri Cities Fast Lubes, Inc.** | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## (MOVANT: ___COAST SIGN INCORPORATED_____ )

1. **The Property at Issue:** Movant moves for relief from the automatic stay with respect to following real property (the "Property"):

   *Street Address:*
   *Apartment/Suite No.:* **See Attachment 1**
   *City, State, Zip Code:*

   Legal description or document recording number (including county of recording):

   See Attachment 1
   [x] See attached continuation page. **See Attachment 1**

2. **Case History:**

   a. [ ] A voluntary [ ] An involuntary petition under Chapter [ ] 7 [ ] 11 [ ] 12 [ ] 13 was filed on *(specify date):*

   b. [ ] An Order of Conversion to Chapter [ ] 7 [ ] 11 [ ] 12 [ ] 13 was entered on *(specify date):*

   c. [ ] Plan was confirmed on *(specify date):*

   d. [ ] Other bankruptcy cases affecting this Property have been pending within the past two years. See attached Declaration.

3. **Grounds for Relief from Stay:**

   a. [x] Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant the requested relief from stay as follows:

   (1) [x] Movant's interest in the Property is not adequately protected.

       (a) [ ] Movant's interest in the collateral is not protected by an adequate equity cushion.

       (b) [ ] The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

       (c) [ ] No proof of insurance re Movant's collateral has been provided to Movant, despite borrower(s)'s obligation to insure the collateral under the terms of Movant's contract with Debtor(s).

       (d) [ ] Payments have not been made as required by an Adequate Protection Order previously granted in this case.

   (2) [ ] The bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

       (a) [ ] Movant is the only creditor or one of very few creditors listed on the master mailing matrix.

       (b) [ ] Non-individual entity was created just prior to bankruptcy filing for the sole purpose of filing bankruptcy.

       (c) [ ] The Debtor(s) filed what is commonly referred to as a "face sheet" filing of only a few pages consisting of the Petition and a few other documents. No other Schedules or Statement of Affairs (or Chapter 13 Plan, if appropriate) have been filed.

       (d) [ ] Other (See attached continuation page).

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*   **F 4001-1M.RP**

Motion for Relief from Stay (Real Property) - *Page 4 of* 39     **F 4001-1M.RP**

| In re             (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| **Tri Cities Fast Lubes, Inc.**                   Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

        (3) ☐    *(Chapter 12 or 13 cases only)*

           (a) ☐   Postconfirmation plan payments have not been made to the Standing Trustee.

           (b) ☐   Postconfirmation payments required by the confirmed plan have not been made to Movant.

        (4) ☐    For other cause for relief from stay, see attached continuation page.

(b) ☒    Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) has/have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

(c) ☐    Pursuant to 11 U.S.C. § 362(d)(3), Debtor(s) has/have failed within the later of 90 days after the petition or 30 days after the court determined that the Property qualifies as single asset real estate to file a reasonable plan of reorganization or to commence monthly payments.

(d) ☐    Pursuant to 11 U.S.C. § 362(d)(4), Debtor's(s) filing of the petition was part of a scheme to delay, hinder, and defraud creditors that involved:

        (1) ☐   The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval; or

        (2) ☐   Multiple bankruptcy filings affecting the Property.

4. ☐    Movant also seeks annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*

   a. ☒   Movant submits the attached Declaration(s) on the Court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.

   b. ☒   Other Declaration(s) are also attached in support of this Motion.

   c. ☐   Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims and the Property set forth in Debtor(s)'s Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

   d. ☐   Other evidence *(specify)*:

6. ☒   **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following** *(specify forms of relief requested)*:

1.   Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. ☐   Annulment of the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).

3. ☒   Additional provisions requested:

   a. ☐   That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒   That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

   c. ☐   That Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                           **F 4001-1M.RP**

Motion for Relief from Stay (Real Property) - *Page 5 of* 39      **F 4001-1M.RP**

| In re (SHORT TITLE)<br>Tri Cities Fast Lubes, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

        d.   [ x ]   For other relief requested, see attached continuation page.

4.   If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: March 1, 2011

                                    Respectfully submitted,

                                    Philip C. Zvonicek, Esq.
                                    *Movant Name*

                                    Gibbs, Giden, Locher, Turner & Senet LLP
                                    *Firm Name of Attorney for Movant (if applicable)*

                                    By:
                                    *Signature*

                                    Name: Attorneys for Coast Sign, Incorporated
                                    *Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                       **F 4001-1M.RP**

| In re<br>Tri Cities Fast Lubes, Inc. | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

# REAL PROPERTY DECLARATION
## (MOVANT: COAST SIGN, INCORPORATED )

I, Douglas Bailey _____ , declare as follows:
        *(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding Movant's interest in the real property that is the subject of this Motion ("Property") because *(specify)*:

   ☐ I am the Movant and owner of the Property.
   ☐ I manage the Property as the authorized agent for the Movant.
   ☒ I am employed by Movant as *(state title and capacity)*:  **Chief Financial Officer**
   ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant that pertain to loans and extensions of credit given to Debtor(s) concerning the Property. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. a. The address of the Property that is the subject of this Motion is:

   *Street Address:*
   *Apartment/Suite No.:*  **See Attachment 1**
   *City, State, Zip Code:*

   b. The legal description or document recording number (including county of recording) set forth in Movant's Deed of Trust is attached as Exhibit _____ .

   ☒ See attached page.  **See Attachment 1**

4. Type of property *(check all applicable boxes)*:
   a. ☐ Debtor's(s') principal residence    b. ☐ Other single family residence
   c. ☐ Multi-unit residential             d. ☒ Commercial
   e. ☐ Industrial                          f. ☐ Vacant land
   g. ☐ Other *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                **F 4001-1M.RP**

**F 4001-1M.RP**

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| Tri Cities Fast Lubes, Inc. | Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

5. Nature of Debtor's(s') interest in the Property:

   a. [ ]  Sole owner

   b. [ ]  Co-owner(s) *(specify)*:

   c. [ ]  Lien holder *(specify)*:

   d. [x]  Other *(specify)*: Lessee

   e. [x]  Debtor(s)  [ ] did  [x] did not  list the Property in the Schedules filed in this case.

   f. [ ]  Debtor(s) acquired the interest in the Property by  [ ] grant deed  [ ] quitclaim deed  [ ] trust deed

      The deed was recorded on:

6. Amount of Movant's claim with respect to the Property:

| | PREPETITION | POSTPETITION | TOTAL |
|---|---|---|---|
| a.  Principal: | $_____ | $_____ | $_____ |
| b.  Accrued Interest: | $_____ | $_____ | $_____ |
| c.  Late Charges | $_____ | $_____ | $_____ |
| d.  Costs (Attorney's Fees, Other Costs): | $_____ | $_____ | $_____ |
| f.  Advances (Property Taxes, Insurance): | $_____ | $_____ | $_____ |
| g.  TOTAL CLAIM as of _____: | $_____ | $_____ | $_____ |

   h. [ ]  Loan is all due and payable because it matured on *(specify date)*:

7. Movant holds a  [ ] deed of trust  [ ] judgment lien  [x] other *(specify)* Mechanic's Lien
   that encumbers the Property.

   a.  A true and correct copy of the document as recorded is attached as Exhibit **A**_____.

   b.  A true and correct copy of the promissory note or other document that evidences the Movant's claim is attached as Exhibit_____.

   c. [ ]  A true and correct copy of the assignment(s) transferring the beneficial interest under the note and deed of trust to Movant is attached as Exhibit _____.

8. Status of Movant's claim relating to the Property *(fill in all applicable information requested below)*:

   a.  Current interest rate:

   b.  Contractual maturity date:

   c.  Amount of current monthly payment: $

   d.  Number of PREPETITION payments that have come due and were not made: _____ . Total amount: $_____

   e.  Number of POSTPETITION payments that have come due and were not made: _____ . Total amount: $_____

   f.  Date of POSTPETITION default:

   g.  Last payment received on the following date:

   h.  Notice of default recorded on the following date:

   i.  Notice of sale recorded on the following date:

   j.  Foreclosure sale originally scheduled for the following date:

   k.  Foreclosure sale currently scheduled for the following date:

   l.  Foreclosure sale already held on the following date:

   m.  Trustee's deed on sale already recorded on the following date:

   n.  Future payments due by time of anticipated hearing date *(if applicable)*:
       An additional payment of $ _____ will come due on_____, and on the _____ day of each month thereafter.  If the payment is not received by the_____ day of the month, a late charge of $ _____ will be charged to the loan.

9. Attached hereto as Exhibit _____is a true and correct copy of a POSTPETITION statement of account that accurately reflects the dates and amounts of all charges assessed to and payments made by the Debtor(s) since the petition date.

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1M.RP**

**F 4001-1M.RP**

| In re                    (SHORT TITLE) | CHAPTER: 11 |
|---|---|
| Tri Cities Fast Lubes, Inc. | |
| Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

10. ☐ *(Chapter 7 and 11 cases only)*: The fair market value of the entire Property is $ _____, established by:

   a. ☐ Appraiser's declaration with appraisal attached herewith as Exhibit _____.

   b. ☐ A real estate broker or other expert's declaration regarding value attached as Exhibit _____.

   c. ☐ A true and correct copy of relevant portion(s) of Debtor's(s') Schedules attached as Exhibit _____.

   d. ☐ Other *(specify)*:

11. ☐ The fair market value of the Property is declining based on/due to: _____
_____

12. ☐ **Calculation of equity in Property:**

   a. Based upon ☐ preliminary title report ☐ Debtor's(s') admissions in the schedules filed in this case, the Property is subject to the following deed(s) of trust or lien(s) in the amounts specified securing the debt against the Property:

| Name of Holder | Amount as Scheduled by Debtor(s) (if any) | Amount Known to Declarant and Source |
|---|---|---|
| 1st Deed of Trust: | | |
| 2nd Deed of Trust: | | |
| 3rd Deed of Trust: | | |
| Judgment Liens: | | |
| Taxes: | | |
| Other: | | |
| **TOTAL DEBT:  $** | | |

   b. Evidence establishing the existence of the above deed(s) of trust and lien(s) is attached as Exhibit _____, and consists of:

      ☐ Preliminary title report

      ☐ Relevant portions of Debtor's(s') Schedules as filed in this case

      ☐ Other *(specify)*:

   c. Subtracting the deed(s) of trust and other lien(s) set forth above from the value of the Property as set forth in Paragraph 10 above, the Debtor's(s') equity in the Property is $ _____ (§ 362(d)(2)(A)).

   d. The value of the "equity cushion" in the Property exceeding Movant's debt and any lien(s) senior to Movant is $ _____ (§ 362(d)(1)).

   e. Estimated costs of sale: $ _____    (Estimate based upon _____ % of estimated gross sales price)

13. ☐ *(Chapter 12 and 13 cases only)* Chapter 12 or 13 case status information:

   a. 341(a) Meeting currently scheduled for (or concluded on) the following date:
Confirmation hearing currently scheduled for (or concluded on) the following date:
Plan confirmed on the following date *(if applicable)*:

   b. Postpetition/preconfirmation payments due BUT REMAINING UNPAID since the filing of the case:

| *(Number of)* | | | | |
|---|---|---|---|---|
| *(Number of)* _____ payment(s) due at $ _____ each | = | $ _____ |
| *(Number of)* _____ payment(s) due at $ _____ each | = | $ _____ |
| *(Number of)* _____ late charge(s) at  $ _____ each | = | $ _____ |
| *(Number of)* _____ late charge(s) at  $ _____ each | = | $ _____ |

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-1M.RP**

| In re | (SHORT TITLE) | CHAPTER: 11 |
|---|---|---|
| Tri Cities Fast Lubes, Inc. | | |
| | Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

c.   Postpetition/preconfirmation advances or other charges due but unpaid:    $_____
(See attachment for details of type and amount.)

      **TOTAL POSTPETITION/PRECONFIRMATION DELINQUENCY:**   $ _____

d.   Postconfirmation payments due BUT REMAINING UNPAID since plan confirmation *(if applicable)*:

    *(Number of)* _____ payment(s) due at $ _____ each  =  $ _____
    *(Number of)* _____ payment(s) due at $ _____ each  =  $ _____
    *(Number of)* _____ late charge(s) at  $ _____ each  =  $ _____
    *(Number of)* _____ late charge(s) at  $ _____ each  =  $ _____

e.   Postconfirmation advances or other charges due but unpaid:     $ _____
(See attachment for details of type and amount.)

      **TOTAL POSTCONFIRMATION DELINQUENCY:**   $ _____

f.  ☐  The claim is provided for in the Chapter 12 or 13 Plan. Plan payment history is attached as Exhibit _____.

g.  ☐  See attached Declaration(s) of Chapter 12 or 13 Trustee regarding receipt of payments under the plan *(attach Court Form F 4001-1M.13)*.

14.  ☐  Movant has not been provided with evidence that the Property is currently insured, as required under the terms of the loan.

15.  ☐  The court determined that the Property qualifies as single asset real estate on _____. More than 90 days have passed since the filing of the petition, more than 30 days have passed since the court determined that the Property qualifies as single asset real estate, the Debtor(s) has/have not filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time or the Debtor(s) has/have not commenced monthly payments to Movant as required by 11 U.S.C. § 362(d)(3).

16.  ☐  See attached continuation page for facts establishing that the bankruptcy case was filed in bad faith to delay, hinder or defraud Movant.

17  ☐  The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved:

    a.  ☐  The transfer of all or part ownership of, or other interest in, the Property without the consent of Movant or court approval. See attached continuation page for facts establishing the scheme.

    b.  ☐  Multiple bankruptcy filings affecting the Property. The multiple bankruptcy filings include the following cases:

        1.  Case Name:
            Case Number:          Chapter:
            Date Filed:            Date Dismissed:           Date Discharged:
            Relief from stay re this property  ☐ was  ☐ was not granted.
        2.  Case Name:
            Case Number:          Chapter:
            Date Filed:            Date Dismissed:           Date Discharged:
            Relief from stay re this property  ☐ was  ☐ was not granted.
        3.  ☐  See attached continuation page for more information about other bankruptcy cases affecting the Property.

    ☐  See attached continuation page for facts establishing that the multiple bankruptcy cases were part of a scheme to delay, hinder, and defraud creditors.

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                               **F 4001-1M.RP**

Motion for Relief from Stay (Real Property) - *Page 10 of* ____          **F 4001-1M.RP**

| In re (SHORT TITLE)<br>Tri Cities Fast Lubes, Inc.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 9:11-bk-10125-RR |
|---|---|

18. ☐ Movant seeks annulment of the automatic stay so that the filing of the bankruptcy petition does not affect any and all of the enforcement actions set forth in paragraph 8 above that were taken after the filing of the bankruptcy petition in this case.

   a. ☐ These actions were taken by Movant without knowledge of the bankruptcy filing, and Movant would have been entitled to relief from stay to proceed with these actions.

   b. ☐ Although Movant knew about the bankruptcy filing, Movant had previously obtained relief from stay to proceed with these enforcement actions in prior bankruptcy cases affecting this Property as set forth in paragraph 17(b) above.

   c. ☐ For other facts justifying annulment, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** <u>March</u>____ , <u>1</u>____ , at <u>Anaheim, CA</u>_____ *(city, state).*

<u>Douglas Bailey</u>_____          _signature_
**Print Declarant's Name**                              *Signature of Declarant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

MC-025

| SHORT TITLE: In re: Tri Cities Fast Lubes, Inc. | CASE NUMBER: 9:11-bk-10125-RR |
| --- | --- |

**ATTACHMENT** (Number): __1__

*(This Attachment may be used with any Judicial Council form.)*

Property at Issue:

1. 2802 W. 10th Avenue
   Kennewick, Washington, 99336
   APN: 1-0389-401-0047-009
   Benton County
   Lien #2011-002237

2. 7201 W. Canal Drive
   Kennewick, Washington 99336
   APN: 1-3244-201-1494-001
   Benton County
   Lien #2011-002236

3. 421 Williams Boulevard
   Richland, Washington 99354
   APN: 1-1198-202-0631-006
   Benton County
   Lien #2011-002235

4. 1105 N. Liberty Lake Road
   Liberty Lake, Washington 99019
   APN: 55132-9108
   Spokane County
   Lien #5972931

5. 1414 N. Argonne Road
   Spokane Valley, Washington 99206
   APN: 45172-0742
   Spokane County
   Lien #5472433

6. 6309 N. Wall Street
   Spokane, Washington 99208
   APN: 36303-2228
   Spokane County
   Lien #5972932

7. 9412 N. Newport Highway
   Spokane, Washington 99218
   APN: 36202-0087
   Spokane County
   Lien #5973501

8. 13021 E. Sprague Avenue
   Spokane, Washington 99218
   APN: 36202-0087
   Spokane County
   Lien #5973501

9. 510 N. Sullivan Road
   Veradale, Washington 99037
   APN: 45133-0534
   Spokane County
   Lien #5976040

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ____ of ____

*(Add pages as required)*

**ATTACHMENT**
**to Judicial Council Form**

Legal
Solutions
℠ Plus

# EXHIBIT A TO DECLARATION OF DOUGLAS BAILEY

2011-002237   LIEN
01/20/2011 01:39:43 PM   Pages: 3  Fee: $64.00
Asset Research Services Inc
Benton County, Benton County Auditor's Office

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to
return this instrument to the above

Space reserved for Recording
Information

# CLAIM OF LIEN

COAST SIGN INC

1500 W EMBASSY ST
ANAHEIM CA  92802-1016
(714) 520-9144

THOMPSON JACKSON LIMITED PARTNERSHIP
3700 NW ROOSEVELT DR
CORVALLIS OR  97330-1032

TRI- CITIES FAST LUBES INC /
JIFFY LUBE
230 STATION WAY STE D
ARROYO GRANDE CA 93420-3383

<u>CLAIMANT</u>

<u>OWNER OR REPUTED OWNER</u>

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

> All of Owner or Reputed Owners' interest and estate in and to the premises known as
> JIFFY LUBE #2896  PROJECT, LOCATED WITHIN THAT PORTION OF LOT 2,
> SHORT PLAT NO. 47, ACCORDING TO THE SURVEY THEREOF RECORDED
> FEBRUARY 23, 1975 UNDER AUDITOR'S FILE NO. 676800, MORE PARTICULARLY
> DESCRIBED WITHIN EXHIBIT A, being situated upon all or part of 2802 W 10[TH] AVE,
> APN 1-0389-401-0047-009, CITY OF KENNEWICK IN BENTON COUNTY, State of
> Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$52,568.10, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of THOMPSON JACKSON LIMITED PARTNERSHIP /
TRI-CITIES FAST LUBES INC / JIFFY LUBE, Owner or Reputed Owners, whose addresses are 3700 NW
ROOSEVELT DR CORVALLIS OR 97330-1032 and 230 STATION WAY STE D, ARROYO GRANDE, CA.
93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 5, 2011.  The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on January 5, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 19, 2011

COAST SIGN INC

B Gauthier, Signature of Representative
For COAST SIGN INC

STATE OF ARIZONA        )
                        ) ss:
MARICOPA COUNTY         )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

B Gauthier, Signature of Representative
For COAST SIGN INC

VERIFIED AND SWORN TO before me on January 19, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number 154973

Signature of Notary Public
Notary Expiration Date:  9.21.2012

*Doc#1337716 WA_LIEN Rws#51 Batch#13409\1\14:41:24\Y G_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562  Chandler, AZ*
*85246-7562  Voice:(480) 940-4290  (800) 783-9636*

## Exhibit A

That portion of Lot 2, SHORT PLAT NO. 47, according to the survey thereof recorded February 23, 1975 under Auditor's File No. 676800, records of Benton County, Washington, described as follows:

Beginning at the Southwest corner of said Lot 2; thence South 86°15'15" East, along the South line thereof, a distance of 100.17 feet to the True Point of Beginning; thence North 00°24'00" East, parallel with the West line of said Lot 2, a distance of 156.32 feet; thence North 89°14'53" East a distance of 109.98 feet; thence North 73°39'32" East a distance of 97.87 feet to a point on the Easterly line of said Lot 2, said Easterly line being a curve concave to the Northwest and having a radius of 2242.00 feet; thence Southwesterly, along said Easterly line, and along the arc of said curve through a central angle of 00°59'09", a distance of 38.57 feet to a point opposite of and 50 feet Northwesterly from H.E.S. 117+00; thence South 17°58'16" West a distance of 98.11 feet to a point opposite of and 60 feet Northwesterly from H.E.S. 118+00; thence South 42°53'13" West a distance of 83.65 feet to a point opposite of and 100 feet Northwesterly from H.E.S. 118+77.33, and said point lying on the South line of said Lot 2; thence North 86°15'15" West, along said South line, a distance of 111.07 feet to the True Point of Beginning.

2011-002236    LIEN
01/20/2011 01:39:43 PM    Pages: 2  Fee: $63.00
Asset Research Services Inc
Benton County, Benton County Auditor's Office

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to
return this instrument to the above

Space reserved for Recording
Information

## CLAIM OF LIEN

COAST SIGN INC

1500 W EMBASSY ST
ANAHEIM CA 92802-1016
(714)520-9144

K & M JACKSON LIMITED PARTNERSHIP
3700 NW ROOSEVELT DR
CORVALLIS OR 97330-1032

TRI- CITIES FAST LUBES INC /
JIFFY LUBE
230 STATION WAY STE D
ARROYO GRANDE CA 93420-3383

CLAIMANT                                     OWNER OR REPUTED OWNER

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

> All of Owner or Reputed Owners' interest and estate in and to the premises known as
> JIFFY LUBE # 2624, LOCATED WITHIN LOT 1, AS DELINEATED ON SHORT PLAT NO.
> 1494, RECORDED UNDER AUDITOR'S RECORDING NO. 85-8870, being situated upon
> all or part of 7201 W. CANAL DRIVE, APN 1-3299-201-1494-001, CITY OF KENNEWICK
> IN BENTON COUNTY, State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$44,431.53, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of K & M JACKSON LIMITED PARTNERSHIP / TRI-
CITIES FAST LUBES INC / JIFFY LUBE, Owner or Reputed Owners, whose addresses are 3700 NW
ROOSEVELT DR CORVALLIS OR 97330-1032 and 230 STATION WAY STE D, ARROYO GRANDE CA.,
93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 5, 2011.  The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on January 5, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 19, 2011

COAST SIGN INC

_____
B Gauthier, Signature of Representative
For COAST SIGN INC

STATE OF ARIZONA    )
                    ) ss:
MARICOPA COUNTY     )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

_____
B Gauthier, Signature of Representative
For COAST SIGN INC

VERIFIED AND SWORN TO before me on January 19, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number 154675

_____
Signature of Notary Public
Notary Expiration Date: ___9. 21. 2012___

*Doc#1337694 WA_LIEN Rws#50 Batch#13409\1\14:26:10\Y A1(135722)_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562 Chandler, AZ 85246-7562 Voice:(480) 940-4290 (800) 783-9636*

2011-002235    LIEN    Pages: 3   Fee: $64.00
01/20/2011 01:38:43 PM
Asset Research Services Inc
Benton County, Benton County Auditor's Office

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to
return this instrument to the above

Space reserved for Recording
Information

## CLAIM OF LIEN

COAST SIGN INC

1500 W EMBASSY ST
ANAHEIM CA  92802-1016
(714)520-9144

K & M JACKSON LIMITED PARTNERSHIP
3700 NW ROOSEVELT DR
CORVALLIS OR  97330-1032

TRI-CITIES FAST LUBES INC /
JIFFY LUBE
230 STATION WAY STE D
ARROYO GRANDE CA 93420-3383

CLAIMANT

OWNER OR REPUTED OWNER

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at; and described as follows:

All of Owner or Reputed Owners' interest and estate in and to the premises known as
JIFFY LUBE #2621 PROJECT, LOCATED WITHIN LOT 3, EXCEPT THE W 47.0 FT
THEREOF, BLOCK 631 PLAT OF RICHLAND, ACCORDING TO THE PLAT THEREOF
RECORDED IN VOL 6 AND 7 OF PLATS AND THAT PORTION OF LOT 1 BLOCK 631
PLAT OF RICHLAND ACCORDING TO THE PLAT THEREOF RECORDED IN VOL 6 AND
7 OF PLATS MORE PARTICULARLY DESCRIBED WITHIN EXHIBIT A, being situated
upon all or part of 421 WILLIAMS BLVD, APN# 1-1198-202-0631-006,  CITY OF
RICHLAND IN BENTON COUNTY, State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$26,726.25, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of K & M JACKSON LIMITED PARTNERSHIP / TRI-
CITIES FAST LUBES INC/ JIFFY LUBE, Owner or Reputed Owners, whose addresses are 3700 NW
ROOSEVELT DR CORVALLIS OR 97330-1032 and 230 STATION WAY STE D, ARROYO GRANDE, CA.
93420-3383

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 4, 2011. The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on January 4, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 19, 2011

COAST SIGN INC

B Gauthier, Signature of Representative
For COAST SIGN INC

STATE OF ARIZONA        )
                        ) ss:
MARICOPA COUNTY         )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

B Gauthier, Signature of Representative
For COAST SIGN INC

VERIFIED AND SWORN TO before me on January 19, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number: 154916

Signature of Notary Public
Notary Expiration Date: _____ 9. 21. 2012

*Doc#1337687 WA_LIEN Rws#49 Batch#13409\1\13:43:51\Y G_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562  Chandler, AZ*
*85246-7562  Voice:(480) 940-4290  (800) 783-9636*

## EXHIBIT A

### DESCRIPTION OF THE LAND

Lot 3, EXCEPT the West 47.0 feet thereof, Block 631, PLAT OF
RICHLAND, according to the Plat thereof recorded in Volumes 6
and 7 of Plats, records of Benton County, Washington; AND

That portion of Lot 1, Block 631, PLAT OF RICHLAND, according
to the Plat thereof recorded in Volumes 6 and 7 of Plats,
records of Benton County, Washington, described as follows:

Beginning at the Northeast corner of Lot 1;
thence South 71°11'21" West along Northerly line of said Lot
   1, 73.82 feet;
thence Southeasterly in a straight line to a point on the
   Easterly line of said Lot 1; said point being 22.61 feet
   distant from the Northeast corner of said Lot 1;
thence Northerly along Easterly line of said Lot 1 to Point
   of Beginning.

Parcel: 1-1198-202-0631-006

Common Address:   421 Williams Blvd., Richland, Washington 99352 (Benton County)

01/21/2011 12:52:21 PM          5972931
Recording Fee $63.00  Page 1 of 2
Lien      ASSET RESEARCH
Spokane County Washington

| This instrument was recorded at the request of: |
| --- |
| *Asset Research Services, Inc.* |
| *PO Box 7562* |
| *Chandler, AZ 85246-7562* |

The recording official is directed to                    Space reserved for Recording
return this instrument to the above                      Information

## CLAIM OF LIEN

COAST SIGN INC                          THOMPSON-JACKSON LIMITED PARTNERHIP
1500 W EMBASSY ST                       3700 NW ROOSEVELT DR
ANAHEIM CA 92802-1016                   CORVALLIS OR 97330-1032
1(714)520-9144
                                        TRI-CITIES FAST LUBES LLC /
                                        JIFFY LUBE
                                        230 STATION WAY STE D
                                        ARROYO GRANDE CA 93420-3383

<u>CLAIMANT</u>                                      <u>OWNER OR REPUTED OWNER</u>

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we believe to be located at, and described as follows:

> All of Owner or Reputed Owners' interest and estate in and to the premises known as JIFFY LUBE # 2897 PROJECT, LOCATED WITHIN PARCEL D-2 OF FIRST AMENDMENT TO BINDING SITE PLAN BY SURVEY OF LIBERY LAKE CORPORATE PARK (BSP-50-96), RECORDED JULY 17, 1997 IN VOLUME 1 OF BINDING SITE PLANS AT PAGE 96 UNDER RECORDING NO. 4122323 , APN 55152-9108, being situated upon all or part of 1105 N LIBERTY LAKE RD, CITY OF LIBERTY LAKE IN SPOKANE COUNTY, State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of $19,090.17, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair of the buildings, other structures or above described improvements on Subject Real Property at the specific request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom Claimant reasonably believed to be the lawful agent of THOMPSON-JACKSON LIMITED PARTNERSHIP / TRI-CITIES FAST LUBES LLC / JIFFY LUBE, Owner or Reputed Owners, whose addresses are 3700 NW ROOSEVELT DR CORVALLIS OR 97330-1032 and 230 STATION WAY STE D, ARROYO GRANDE, CA. 93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 5, 2011.  The building, structure or improvement or the alteration or repair of such building, structure or improvement was last furnished by claimant on January 5, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 20, 2011

COAST SIGN INC

_____
B Gauthier, Signature of Representative
For COAST SIGN INC


STATE OF ARIZONA          )
                          ) ss:
MARICOPA COUNTY           )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

_____
B Gauthier, Signature of Representative
For COAST SIGN INC


VERIFIED AND SWORN TO before me on January 20, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number 164675

_____
Signature of Notary Public
Notary Expiration Date:  9.21.2012


*Doc#1337714 WA_LIEN Rws#53 Batch#13411\1\14:56:19\Y P_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562 Chandler, AZ*
*85246-7562 Voice:(480) 940-4290 (800) 783-9636*

01/21/2011 12:52:21 PM
Recording Fee $63.00  Page 1 of 2
Lien      ASSET RESEARCH
Spokane County Washington

5972933

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to
return this instrument to the above

Space reserved for Recording
Information

# CLAIM OF LIEN

COAST SIGN INC

1500 W EMBASSY ST
ANAHEIM CA 92802-1016
(714)520-9144

JOHN A LUNDIN AND TERRI E LUNDIN
5337 E HAYDEN LAKE RD
HAYDEN LAKE ID 83835-7109

TRI-CITIES FAST LUBES LLC /
JIFFY LUBE FKA Q LUBE INC
230 STATION WAY STE D
ARROYO GRANDE CA 93420-3383

<u>CLAIMANT</u>

<u>OWNER OR REPUTED OWNER</u>

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

Owner or Reputed Owners' interest and estate in and to the premises known as JIFFY
LUBE #2324  PROJECT, LOCATED WITHIN TRACT D OF SHORT PLAT 78-055,
ACCORDING TO PLAT RECORDED IN VOLUME 1 OF SHORT PLATS PAGE 26, being
situated upon all or part of 1414 N ARGONNE RD, APN 45172-0742, CITY OF SPOKANE
VALLEY IN SPOKANE COUNTY, State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$26,108.42, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of JOHN A LUNDIN AND TERRI  E LUNDIN / TRI-
CITIES FAST LUBES LLC / JIFFY LUBE FKA Q LUBE INC, Owner or Reputed Owners, whose addresses
are 5337 E HAYDEN LAKE RD HAYDEN LAKE ID 83835-7109 and 230 STATION WAY STE D, ARROYO
GRANDE, CA. 93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 5, 2011.  The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on January 5, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 20, 2011

COAST SIGN INC

B Gauthier, Signature of Representative
For COAST SIGN INC

STATE OF ARIZONA          )
                          ) ss:
MARICOPA COUNTY           )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

B Gauthier, Signature of Representative
For COAST SIGN INC

VERIFIED AND SWORN TO before me on January 20, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Standifer
My Commission Expires Sept. 21, 2012
Commission Number: 154875

Signature of Notary Public
Notary Expiration Date: _____ 9.21.2012

*Doc#1337708 WA_LIEN Rws#56 Batch#13410\1\12:31:48\Y G_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562  Chandler, AZ*
*85246-7562  Voice:(480) 940-4290  (800) 783-9636*

01/21/2011 12:52:21 PM                           5972932
Recording Fee $64.00  Page 1 of 3
Lien     ASSET RESEARCH
Spokane County Washington



This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to            Space reserved for Recording
return this instrument to the above              Information

# CLAIM OF LIEN

COAST SIGN INC                                   JOHN A LUNDIN AND TERRI E LUNDIN
                                                 5337 E HAYDEN LAKE RD
1500 W EMBASSY ST                                HAYDEN LAKE ID 83835-7109
ANAHEIM CA 92802-1016
(714) 520-9144                                   TRI-CITIES FAST LUBES LLC /
                                                 JIFFY LUBE FKA Q LUBE INC
                                                 230 STATION WAY STE D
                                                 ARROYO GRANDE CA 93420-3383

<u>CLAIMANT</u>                                         <u>OWNER OR REPUTED OWNER</u>

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

    All of Owner or Reputed Owners' interest and estate in and to the premises known as
    JIFFY LUBE #2323 PROJECT, LOCATED WITHIN LOT 1, EXCEPT THAT PORTION
    THEREOF CONDEMNED BY SPOKANE COUNTY FOR ROAD PURPOSES, ALL OF LOT
    2 AND THE EASTERLY 30 FT OF LOT 3, BLOCK 33, LINWOOD PARK ADDITION,
    ACCORDING TO PLAT RECORDED IN VOLUME B OF PLATS PAGE 75, MORE
    PARTICULARLY DESCRIBED WITHIN EXHIBIT A, being situated upon all or part of
    6309 N WALL ST, APN# 36303-2228, CITY OF SPOKANE IN SPOKANE COUNTY,
    State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$35,179.04, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of JOHN A LUNDIN AND TERRI E LUNDIN / TRI-
CITIES FAST LUBES LLC / JIFFY LUBE FKA Q LUBE INC, Owner or Reputed Owners, whose addresses
are 5337 E HAYDEN LAKE RD HAYDEN LAKE ID 83835-7109 and 230 STATION WAY STE D, ARROYO
GRANDE, CA. 93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 5, 2011.  The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on January 5, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 20, 2011

COAST SIGN INC

B Gauthier, Signature of Representative
For COAST SIGN INC

STATE OF ARIZONA          )
                          ) ss:
MARICOPA COUNTY           )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

B Gauthier, Signature of Representative
For COAST SIGN INC

VERIFIED AND SWORN TO before me on January 20, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number 184073

Signature of Notary Public
Notary Expiration Date: 9.21.2012

*Doc#1337722 WA_LIEN Rws#55 Batch#13411\1\13:40:53\Y A1(135836)_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562 Chandler, AZ 85246-7562 Voice:(480) 940-4290 (800) 783-9636*

EXHIBIT A

LOT 1, EXCEPT THAT PORTION THEREOF CONDEMNED BY SPOKANE COUNTY
FOR ROAD PURPOSES, ALL OF LOT 2 AND THE EASTERLY 30 FEET OF LOT
3, BLOCK 33, LINWOOD PARK ADDITION, ACCORDING TO PLAT RECORDED IN
VOLUME "B" OF PLATS, PAGE 75, IN SPOKANE COUNTY, WASHINGTON.

ALSO, THAT PART OF THE SOUTH HALF OF VACATED LINWOOD STREET
ADJOINING SAID PROPERTY ON THE NORTH:

EXCEPT THAT PORTION DEEDED TO THE CITY OF SPOKANE, DESCRIBED AS
FOLLOWS:

THAT PORTION OF LOT 1, EXCEPT STREET, AND OF LOTS 2 AND 3, BLOCK
33, LINWOOD PARK ADDITION, DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE SOUTH LINE OF LOT 3, WHICH IS 30
FEET WEST OF THE SOUTHEAST CORNER OF LOT 3: THENCE NORTH 7.5
FEET: THENCE EASTERLY ALONG A LINE 7.5 FEET NORTH OF AND PARALLEL
TO THE SOUTH LINES OF LOTS 1, 2 AND 3, A DISTANCE OF 33 FEET:
THENCE NORTHEASTERLY ALONG A STRAIGHT LINE TO A POINT 50 FEET
WEST OF THE EAST LINE AND 8.7 FEET NORTH OF THE SOUTH LINE OF LOT
1 OF SAID BLOCK: THENCE NORTHEASTERLY ALONG A STRAIGHT LINE TO A
POINT 38 FEET WEST OF THE EAST LINE AND 13 FEET NORTH OF THE
SOUTH LINE OF SAID LOT: THENCE NORTHEASTERLY ALONG A STRAIGHT
LINE TO A POINT 31 FEET WEST OF THE EAST LINE AND 27 FEET NORTH
OF THE SOUTH LINE OF SAID LOT: THENCE EASTERLY ALONG A LINE 27
FEET NORTH OF AND PARALLEL TO THE SOUTH LINE OF SAID LOT TO A
POINT 30 FEET WEST OF THE EAST LINE OF SAID LOT: THENCE SOUTHERLY
ALONG A LINE 30 FEET WEST OF AND PARALLEL TO THE EAST LINE OF
SAID LOT TO THE SOUTH LINE OF SAID LOT: THENCE WESTERLY ALONG THE
SOUTH LINES OF LOTS 1, 2 AND 3 TO THE POINT OF BEGINNING.

01/24/2011 02:34:36 PM                                    5973501
Recording Fee $69.00  Page 1 of 2
Lien      ASSET RESEARCH SERV
Spokane County Washington

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to          Space reserved for Recording
return this instrument to the above            Information

## CLAIM OF LIEN

COAST SIGN INC                                 9412 N NEWPORT HWY LLC /
1500 W EMBASSY ST                              NEWPORT HIGHWAY NO. 1
ANAHEIM CA 92802-1016                          10015 N DIVISION ST STE 100
(714)520-9144                                  SPOKANE WA 99218-1382

                                               DAVID P SHRIVER
                                               1630 W RIVERSIDE AVE UNIT 102
                                               SPOKANE WA 99201-5019

                                               TRI-CITIES FAST LUBES LLC /
                                               JIFFY LUBE FKA Q LUBE INC
                                               230 STATION WAY STE D
                                               ARROYO GRANDE CA 93420-3383

CLAIMANT                                 OWNER OR REPUTED OWNER

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

        All of Owner or Reputed Owners' interest and estate in and to the premises known as
        JIFFY LUBE # 2326 PROJECT, LOCATED WITHIN PARCEL B OF SPEARS CITY SHORT
        PLAT NO. 87-06 ACCORDING TO PLAT RECORDED IN VOLUME 5 OF SHORT PLATS,
        PAGES 49 AND 50, APN# 36202-0087, being situated upon all or part of 9412 N
        NEWPORT HWY, CITY OF SPOKANE IN SPOKANE COUNTY, State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$27,219.07, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA 93420-3383 whom
Claimant reasonably believed to be the lawful agent of 9412 N NEWPORT HWY LLC / NEWPORT
HIGHWAY NO. 1 / DAVID P SHRIVER / TRI-CITIES FAST LUBES LLC / JIFFY LUBE FKA Q-LUBE , INC,
Owner or Reputed Owners, whose addresses are 10015 N DIVISION ST STE 100 SPOKANE WA 99218-
1382, and 1630 W RIVERSIDE AVE UNIT 102, SPOKANE, WA. 99201-5019 and 230 STATION WAY STE
D, ARROYO GRANDE, CA. 93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on January 5, 2011. The building, structure or improvement or the alteration or repair of such building, structure or improvement was last furnished by claimant on January 5, 2011.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 21, 2011

COAST SIGN INC

_____

B Gauthier, Signature of Representative
For COAST SIGN INC

STATE OF ARIZONA          )
                          ) ss:
MARICOPA COUNTY           )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

_____

B Gauthier, Signature of Representative
For COAST SIGN INC

VERIFIED AND SWORN TO before me on January 21, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number 154875

_Lisa A Sandifer_
Signature of Notary Public
Notary Expiration Date: _9.21.2012_

_Doc#1337695 WA_LIEN Rws#54 Batch#13413\1\12:24:14\Y G_Copy_
_PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562 Chandler, AZ_
_85246-7562 Voice:(480) 940-4290 (800) 783-9636_

02/01/2011 03:39:49 PM
Recording Fee $64.00   Page 1 of 3
Lien        ASSET RESEARCH SERVICES INC
Spokane County Washington

5976039

This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to
return this instrument to the above

Space reserved for Recording
Information

## CLAIM OF LIEN

COAST SIGN INC
1500 W EMBASSY ST
ANAHEIM CA 92802-1016
(714) 520-9144

JOHN A LUNDIN & TERRI E LUNDIN
5337 E HAYDEN LAKE RD
HAYDEN LAKE ID 83835-7109

TRI-CITIES FAST LUBES LLC /
JIFFY LUBE FKA Q LUBE INC
230 STATION WAY STE D
ARROYO GRANDE CA 93420-3383

<u>CLAIMANT</u>                        <u>OWNER OR REPUTED OWNER</u>

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

> All of Owner or Reputed Owners' interest and estate in and to the premises known as
> JIFFY LUBE #2327 PROJECT, LOCATED WITHIN ALL THAT CERTAIN REAL
> PROPERTY SITUATED IN THE SW 1/4 OF SECTION 15, TOWNSHIP 25 NORTH,
> RANGE 44 EAST, W.M. AND BEING A PORTION OF TRACT 160 OF OPPORTUNITY,
> ACCORDING TO PLAT RECORDED IN VOL. K OF PLATS PAGE 20 AND LOT 10 OF
> EVANS ADDITION, ACCORDING TO PLAT RECORDED IN VOL. 3 OF PLATS PAGE 47,
> MORE PARTICULARLY DESCRIBED WITHIN EXHIBIT A, being situated upon all or part
> of 13021 E. SPRAGUE AVE, APN# 45153-4004, CITY OF SPOKANE VALLEY IN
> SPOKANE COUNTY, State of Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$44,803.38, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of JOHN A LUNDIN & TERRI E LUNDIN / TRI-CITIES
FAST LUBES LLC / JIFFY LUBE FKA Q LUBE INC, Owner or Reputed Owners, whose addresses are 5337
E HAYDEN LAKE RD HAYDEN LAKE ID 83835-7109 and 230 STATION WAY STE D, ARROYO GRANDE,
CA. 93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on December 1, 2010.  The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on December 20, 2010.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 28, 2011

                                        COAST SIGN INC

                                        _____
                                        B Gauthier, Signature of Representative
                                        For COAST SIGN INC


STATE OF ARIZONA        )
                        ) ss:
MARICOPA COUNTY         )

                            **VERIFICATION**

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

                                        _____
                                        B Gauthier, Signature of Representative
                                        For COAST SIGN INC


VERIFIED AND SWORN TO before me on January 28, 2011


        NOTARY PUBLIC
        STATE OF ARIZONA
        Maricopa County
        Lisa A. Sandifer              _____
        My Commission Expires Sept. 21, 2012    Signature of Notary Public
        Commission Number 194073      Notary Expiration Date:  9. 21. 2012


*Doc#1338990 WA_LIEN Rws#60 Batch#13427\1\11:20:59\Y P_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562  Chandler, AZ*
*85246-7562  Voice:(480) 940-4290  (800) 783-9636*

EXHIBIT "A"

All that certain real property situated in the Southwest quarter of
Section 15, Township 25 North, Range 44 East, W.M. in Spokane County,
Washington, and being a portion of Tract 160 of OPPORTUNITY, according to
Plat recorded in Volume "K" of Plats, Page 20, and Lot 10 of EVANS
ADDITION, according to Plat recorded in Volume 3 of Plats, Page 47, in
Spokane County, Washington, being particularly described as follows:

COMMENCING at the Northeasterly corner of said Tract 160;
thence South 0°01'11" West, along the Easterly line of said Tract 160, a
distance of 345.00 feet;
thence South 89°59'25" West, 6.50 feet to a point on the Westerly
right-of-way line of McDonald Road, a County Road 58 feet in width;
thence continuing South 89°59'25" West 167.50 feet to the Northwesterly
corner of said Lot 10;
thence South 0°10'39" West, along the Westerly line of said Lot 10, a
distance of 243.92 feet to a point on the Northerly right-of-way line of
Sprague Avenue, a county road 110.00 feet in width;
thence North 89°55'00" East, along said Northerly right-of-way line 56.00
feet to the Point of Beginning;
thence continuing along said Northerly right-of-way line North 89°55'00"
East, 92.67 feet;
thence North 42°09'28" East, along said county right-of-way line 21.61
feet to a point on the Westerly right-of-way line of McDonald Road, a
county road 63 feet in width;
thence North 0°01'11" East, along last said right-of-way line 99.00 feet;
thence North 89°55'00" East, 5.00 feet;
tehnce North 0°01'11" East, along last said right-of-way line 34.70 feet;
thence leaving said right-of-way line North 89°59'25" West, 111.76 feet;
thence South 0°10'39" West, 149.85 feet to the Point of Beginning;

EXCEPT that portion conveyed to Spokane County for McDonald Road by deed,
recorded under Auditor's No. 4086567.

Tax Account No. 45153.4004

The abbreviated legal reads as follows: SW1/4 SECT 15-25-44 (Prt TRACT
160), OPPORTUNITY, & 1-10, EVANS ADD

02/01/2011 03:39:49 PM                                    5976040
Recording Fee $63.00  Page 1 of 2
Lien      ASSET RESEARCH SERVICES INC
Spokane County Washington



This instrument was recorded at the
request of:
*Asset Research Services, Inc.*
*PO Box 7562*
*Chandler, AZ 85246-7562*

The recording official is directed to                    Space reserved for Recording
return this instrument to the above                      Information

# CLAIM OF LIEN

COAST SIGN INC                               MAGNOLIA ENTERPRISES LLC
1500 W EMBASSY ST                            1719 S ROCKY RIDGE DR
ANAHEIM CA  92802-1016                       SPOKANE VALLEY WA  99212-3253
(714) 520-9144

                                             TRI-CITIES FAST LUBES LLC /
                                             JIFFY LUBE FKA Q LUBE INC
                                             230 STATION WAY STE D
                                             ARROYO GRANDE CA 93420-3383

<u>CLAIMANT</u>                                     <u>OWNER OR REPUTED OWNER</u>

NOTICE IS HEREBY GIVEN that COAST SIGN INC , claimant, claims a lien in compliance with the Civil
Code of the State of Washington.

The Nature of Improvements to be Charged with a Lien are described as SIGN MANUFACTURE AND
RELATED MATERIALS and were furnished in connection with a project on the Subject Real Property we
believe to be located at, and described as follows:

> All of Owner or Reputed Owners' interest and estate in and to the premises known as
> JIFFY LUBE # 2552 PROJECT, LOCATED WITHIN THE N 100 FT OF THE W 225 FT OF
> THE N 1/2 OF TRACT 21, VERA, ACCORDING TO PLAT RECORDED IN VOL. O OF
> PLATS , PAGE 30: EXCEPT THE W 10 FT THEREOF,ALSO EXCEPT THOSE
> PORTIONS CONVEYED TO SPOKANE COUNTY BY INSTRUMENT RECORDED JULY 8,
> 1994, UNDER RECORDING NO. 9407080255 AND BY INSTRUMENT RECORDED JULY
> 12, 1994 UNDER RECORDING NO. 9407120135, being situated upon all or part of 510 N.
> SULLIVAN RD, APN# 45133-0534, CITY OF VERADALE IN SPOKANE COUNTY, State of
> Washington.

The amount due and remaining unpaid to claimant, after deducting all just credits and offsets is the sum of
$34,057.75, for which demand has been made.

Claimant has furnished labor, materials, machinery, fixtures or tools in the construction, alteration or repair
of the buildings, other structures or above described improvements on Subject Real Property at the specific
request of TCFL whose address is 230 STATION WAY STE D, ARROYO GRANDE CA  93420-3383 whom
Claimant reasonably believed to be the lawful agent of MAGNOLIA ENTERPRISES LLC / TRI-CITIES FAST
LUBES LLC / JIFFY LUBE FKA Q LUBE INC, Owner or Reputed Owners, whose addresses are 1719 S
ROCKY RIDGE  DR SPOKANE VALLEY WA 99212-3253 and 230 STATION WAY STE D, ARROYO
GRANDE, CA. 93420-3383.

Labor, materials, machinery, fixtures or tools were first furnished to the jobsite on December 1, 2010.  The
building, structure or improvement or the alteration or repair of such building, structure or improvement was
last furnished by claimant on December 20, 2010.

WHEREFORE Claimant demands a lien on Subject Real Property and all improvements thereon in the amount set forth above, plus interest thereon at the maximum rate permitted by law and all reasonable expenses, costs and attorney's fees incurred by Claimant in its efforts to collect the above amount, which amounts are justly due and owing, and in order to fix this lien has made this Notice and Claim in two or more original copies, causing one to be filed in the Office of the County Recorder of this County and causing others to be served upon Owner or Reputed Owners.

SIGNED January 28, 2011

COAST SIGN INC

_____
B Gauthier, Signature of Representative
For COAST SIGN INC


STATE OF ARIZONA          )
                          ) ss:
MARICOPA COUNTY           )

### VERIFICATION

B Gauthier, being duly sworn, deposes and says; that he is a representative of COAST SIGN INC and by authority granted makes this verification in their behalf; that he has read the foregoing document and knows the contents thereof to be true and correct to the best of his knowledge and belief under penalty of perjury, except for those matters based on information which he believes to be true.

_____
B Gauthier, Signature of Representative
For COAST SIGN INC


VERIFIED AND SWORN TO before me on January 28, 2011

NOTARY PUBLIC
STATE OF ARIZONA
Maricopa County
Lisa A. Sandifer
My Commission Expires Sept. 21, 2012
Commission Number 154973

_____
Signature of Notary Public
Notary Expiration Date: _9.21.2012_


*Doc#1338991 WA_LIEN Rws#59 Batch#13427\1\11:49:11\Y A1(136668)_Copy*
*PREPARED FOR CLAIMANT BY: Asset Research Services, Inc., PO Box 7562 Chandler, AZ*
*85246-7562 Voice:(480) 940-4290 (800) 783-9636*

| In re | (SHORT TITLE) | CHAPTER: 11 |
|-------|---------------|-------------|
| Tri Cities Fast Lubes, Inc. | | |
| | Debtor(s). | CASE NO.: 9:11-bk-10125-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1180 Century Park East, 12th Floor
Los Angeles, CA 90067

A true and correct copy of the foregoing document described as <u>Notice of Motion & Motion For Relief From the Automatic Stay Under</u> <u>11 U.S.C. Section 362 (with supporting declarations)</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:  The Honorable
Robin L. Riblet, United States Bankruptcy Court - Central District of California
1415 State Street / Courtroom 201, Santa Barbara, California 93101-251

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>March 1, 2011</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Nicholas Henderson         Kristin Knox Esche          Jonathan Gura          Brian D. Fittipaldi
nhenderson@portlaw.com   kristinknoxesche@dwt.com   jon@msmlaw.com   brian.fittipaldi@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On <u>March 1, 2011</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

See Attached Service List

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| <u>March 1, 2011</u> | <u>Gabrielle J. Witherspoon</u> | *Gabrielle J. Witherspoon* |
|------|------|------|
| *Date* | *Type Name* | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**SERVICE LIST**
**Tri Cities Fast Lubes, Inc.**
**Chapter 11**
**Case No. 9:11-bk-10125-RR**

Sopus Products
P.O. box 7247-6236
Philadelphia, PA  19170-6236

Banner Bank
Attention Grant Braschel
3005 112th Avenue NE, suite 100
Bellevue, WA  98004

Jiffy Lube International
P.O. Box 7247-6242
Philadelphia, PA  19170-6242

Connell
P.O. Box 3998
Pasco, WA  99302

Washington State Dept. of Revenue
P.O. Box 34052
Seattle, WA  98124

The Admark Group
96 North Sunnyslope Avenue, #B
Pasadena, CA  91107

A&I Distributors
P.O. Box 1999
Billings, MT  59103

Service Champ
1801 Woolner Avenue
Fairfield, CA  94533

K&M Jackson
3700 NW Roosevelt Drive
Corvallis. OR  97330
Washington State Dept. of
  Labor & Industries
P.O. Box 34022
Seattle, WA  98124

Internal Revenue Service
P.O. Box 7346
Philadelphia. PA  12101-7346
Thompson-Jackson LP
3700 NW Roosevelt Drive
Corvallis, OR  97330

The Lamar Companies
P.O. Box 96030
Baton Rouge, LA  70896

S&E
14773 South Heritage Crest Way
Bluffdale, UT  84065

MIC Corporation
8205 N. Division
Spokane, WA  99208

Confero Inc.
1152 Executive Circle, Suite 10
Cary, NC  27511

John Tonani
122 S. Bentley Place
Post Falls. ID  83854
Mancini Properties
P.O. Box 361930
Milpitas. CA  95036-1930

Internal Revenue Service
P.O. Box 7346
Philadelphia. PA  12101-7346

GIBBS, GIDEN, LOCHER, TURNER & SENET LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28