**FILED & ENTERED**

MAR 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust    DEPUTY CLERK

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

Michael I. Wayne, Esq. (CSB #169840)
Philip C. Zvonicek, Esq. (CSB #220869)
GIBBS, GIDEN, LOCHER, TURNER & SENET LLP
1880 Century park East – 12th Floor
Los Angeles, CA  90067-1621
(310) 552-3400

☒ *Attorney for Movant(s)*
☐ *Movant(s) appearing without attorney*

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – NORTHERN DISTRICT**

In re:

Tri-Cities Fast Lubes, inc.

Debtor(s).

CASE NO.: 9:11-bk-10125-RR

CHAPTER: 11

**AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)**

DATE:  March 16, 2011
TIME:  9:00 a.m.
COURTROOM:  201
PLACE:  2nd Floor

**MOVANT:  COAST SIGN, INCORPORATED**

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property ("Property"):  **See Attachment 1**

    *Street Address:*    1430 N. Division Street    1816 West Court Street
    *Unit Number:*                                    and
    *City, State, Zip Code:*  Spokane, WA  99202    Pasco, WA  99301

    Legal description or document recording number (including county of recording):
    See Attachment 1

    ☒ See attached page.  (See Attachment 1)

3. The Motion is granted under:    ☒ 11 U.S.C. § 362(d)(1)    ☒ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit ____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 1    F 4001-1.ORDER.RP

6. Movant shall not conduct a foreclosure sale before the following date (specify): _____

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

    ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

    ☐ multiple bankruptcy filings affecting the Property.

    If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☐ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.
    b. ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (attach Optional Form F 4001-10-ER).
    d. ☐ See attached continuation page for additional provisions.

###

DATED: March 31, 2011

_Robin Riblet_
United States Bankruptcy Judge

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 2                                F 4001-1.ORDER.RP

## Attachment

| | |
|---|---|
| 1. 2802 W. 10th Ave.<br><br>Kennewick, Washington 99336<br><br>Benton County<br><br>Lien # 2011-002237<br><br>**Date Recorded: January 20, 2011**<br><br>Amount of Lien: $52,568.10 | 4. 1105 N. Liberty Lake Rd.<br><br>Liberty Lake, Washington 99019<br><br>Spokane County<br><br>Lien # 5972931<br><br>**Date Recorded: January 21, 2011**<br><br>Amount of Lien: $19,090.17 |
| 2. 7201 W. Canal Drive<br><br>Kennewick, Washington 99336<br><br>Benton County<br><br>Lien # 2011-002236<br><br>**Date Recorded: January 20, 2011**<br><br>Amount of Lien: $44,431.53 | 5. 1414 N. Argonne Rd<br><br>Spokane Valley, Washington 99206<br><br>Spokane County<br><br>Lien # 5972933<br><br>**Date Recorded: January 21, 2011**<br><br>Amount of Lien: $26,108.42 |
| 3. 421 Williams Blvd<br><br>Richland, Washington 99354<br><br>Benton County<br><br>Lien # 2011-002235<br><br>**Date Recorded: January 20, 2011**<br><br>Amount of Lien: $26,726.25 | 6. 6309 N. Wall St.<br><br>Spokane, Washington 99208<br><br>Spokane County<br><br>Lien # 5972932<br><br>**Date Recorded: January 21, 2011**<br><br>Amount of Lien: $35,179.04 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                              Page 3                                              **F 4001-1.ORDER.RP**

| | |
|---|---|
| 7. 9412 N. Newport Highway<br><br>Spokane, Washington 99218<br><br>Spokane County<br><br>Lien # 5972932<br><br>**Date Recorded: January 24, 2011**<br><br>Amount of Lien: $27,219.07 | 10.   1744 E. Isaacs Avenue<br><br>Walla Walla, Washington 99362<br><br>Walla Walla County<br><br>Lien # 2011-01605<br><br>**Date Recorded: February 22, 2011**<br><br>Amount of Lien: $36,489.54 |
| 8. 13021 E. Sprague Ave<br><br>Spokane Valley, Washington 99216<br><br>Spokane County<br><br>Lien # 5976039<br><br>**Date Recorded: February 1, 2011**<br><br>Amount of Lien: $44,803.38 | 11.   3502 W. Clearwater Avenue<br><br>Kennewick, Washington  99336<br><br>Benton County<br><br>Lien # 2011-005272<br><br>**Date Recorded: February 17, 2011**<br><br>Amount of Lien: $25,559.65 |
| 9. 510 N. Sullivan Rd.<br><br>Veradale, Washington 99037<br><br>Spokane County<br><br>Lien # 5976040<br><br>**Date Recorded: February 1, 2011**<br><br>Amount of Lien: $34,057.75 | 12.   345 N. 1st Street<br><br>Hermiston, Oregon  97838<br><br>Umatilla County<br><br>Lien # 2011-5750199<br><br>**Date Recorded:  February 4, 2011**<br><br>Amount of Lien: $25,528.20 |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                              Page 4                                                              **F 4001-1.ORDER.RP**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1880 Century Park East, 12th Floor, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 25, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**The Honorable Robin L. Riblet**
**United States Bankruptcy Court – Central District of California**
**1415 State Street – Courtroom 201**
**Santa Barbara, CA  93101-251**

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/25/11 | Gabrielle J. Witherspoon | */s/ Gabrielle J. Witherspoon* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010 — Page 5 — **F 4001-1.ORDER.RP**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **AMENDED ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 25, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Lynsey M Eaton    leaton@gglts.com
- Kristin Knox Esche    kristinknoxesche@dwt.com, lisahernandez@dwt.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Bryan M Gragg    bgragg@gglts.com
- Jonathan Gura    jon@msmlaw.com, cheryl@msmlaw.com
- Nicholas Henderson    nhenderson@portlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

**SERVICE LIST**
**Tri Cities Fast Lubes, Inc.**
**Chapter 11**
**Case No. 9:11-bk-10125-RR**

Sopus Products
P.O. box 7247-6236
Philadelphia, PA  19170-6236

Jiffy Lube International
P.O. Box 7247-6242
Philadelphia, PA  19170-6242

Washington State Dept. of Revenue
P.O. Box 34052
Seattle, WA  98124

A&I Distributors
P.O. Box 1999
Billings, MT  59103

K&M Jackson
3700 NW Roosevelt Drive
Corvallis, OR  97330
Washington State Dept. of
  Labor & Industries
P.O. Box 34022
Seattle, WA  98124

The Lamar Companies
P.O. Box 96030
Baton Rouge, LA  70896

MIC Corporation
8205 N. Division
Spokane, WA  99208

John Tonani
122 S. Bentley Place
Post Falls, ID  83854
Mancini Properties
P.O. Box 361930
Milpitas, CA  95036-1930

Banner Bank
Attention Grant Braschel
3005 112th Avenue NE, suite 100
Bellevue, WA  98004

Connell
P.O. Box 3998
Pasco, WA  99302

The Admark Group
96 North Sunnyslope Avenue, #B
Pasadena, CA  91107

Service Champ
1801 Woolner Avenue
Fairfield, CA  94533

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  12101-7346
Thompson-Jackson LP
3700 NW Roosevelt Drive
Corvallis, OR  97330

S&E
14773 South Heritage Crest Way
Bluffdale, UT  84065

Confero Inc.
1152 Executive Circle, Suite 10
Cary, NC  27511

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  12101-7346

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                           Page 7                                           **F 4001-1.ORDER.RP**