PETER C. ANDERSON
UNITED STATES TRUSTEE
Jennifer L. Braun
Assistant United States Trustee
Brian D. Fittipaldi, CA State Bar No. 146864
Trial Attorney
United States Department of Justice
Office of the United States Trustee
128 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 957-4100; Facsimile: (805) 957-4103
Email: Brian.Fittipaldi@usdoj.gov

ORIGINAL

FILED

APR - 8 2011

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>TRI-CITIES FAST LUBES, INC.,<br><br>Debtor. | Case No. 9:11-bk-10125-RR<br><br>Chapter 11<br><br>APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following four (4) creditors to serve on the Committee of Creditors holding unsecured claims:

SEE EXHIBIT A ATTACHED

Dated: April 8, 2011

OFFICE OF THE UNITED STATES TRUSTEE

By: /s/ Brian D. Fittipaldi for
Jennifer L. Braun
Assistant U.S. Trustee

Tri-Cities Fast Lubes, Inc.
**ND 11-10125-RR**

(1)  Connell Oil, Inc.
     c/o Lyla Poland
     Credit Manager
     1015 N. Oregon
     P.O. Box 3998
     Pasco, WA 99301
     Phone:   509-542-5862
     Fax:     509-547-1259

(2)  A&I Distributors
     c/o Scott Stonaway
     Corporate Secretary
     900 1st Avenue N.
     P.O. Box 1999
     Billings, MT 59103-1999
     Phone: 406-245-6443

(3)  Kory Jackson
     c/o K&M Jackson, LP
     General Manager
     3700 NW Roosevelt Drive
     Corvallis, OR 97330
     Phone: 541-829-0443
     Fax:     541-753-6408

(4)  Lamar Advertising
     c/o Robert Bewick
     Corporate Credit Manager
     5321 Corporate Blvd.
     Baton Rouge, LA 70808
     Phone: 800-235-2627, Ext. 228
     Fax:     225-926-1281

EXHIBIT A

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
U.S. Department of Justice, 128 East Carrillo Street, Santa Barbara, CA 93111

A true and correct copy of the foregoing document described as _____
APPOINTMENT AND NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On 4/8/11 _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
See attached document

☑ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/8/11 | Brian D. Fittipaldi | [signature] |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

**Service List**

Connell Oil, Inc.
c/o Lyla Poland
Credit Manager
1015 N. Oregon
P.O. Box 3998
Pasco, WA 99301

A&I Distributors
c/o Scott Stonaway
Corporate Secretary
900 1st Avenue N.
P.O. Box 1999
Billings, MT 59103-1999

Kory Jackson
c/o K&M Jackson, LP
General Manager
3700 NW Roosevelt Drive
Corvallis, OR 97330

Lamar Advertising
c/o Robert Bewick
Corporate Credit Manager
5321 Corporate Blvd.
Baton Rouge, LA 70808

Debtor:

**Jonathan Gura**, Esq.
Michaelson Susi & Michaelson
7 W Figueroa St, 2nd Flr
Santa Barbara, CA 93101

**Tri-Cities Fast Lubes, Inc.**
230 Station Way, Suite D
Arroyo Grande, CA 93420

Others;

Sopus Products
P.O. Box 7247-6236
Philadelphia, PA 19170-8236

Coast Sign Incorporated
1500 W. Embassy Street
Anaheim, CA 92802

Jiffy Lube International
P.O. Box 7247-6242
Philadelphia, PA 19170-6242

Banner Bank
Attn: Grant Braschel
3005 112th Avenue NE Ste. 100
Bellevue, WA 98004

Washington State Dept. Revenue
P.O. Box 34052
Seattle, WA 98124

The Admark Group
96 N. Sunnyslope Ave., #B
Pasadena, CA 91107

Service Champ
1801 Woolner Avenue
Fairfield, CA 94533

Washington State Dept. Of Labor and Industries
P.O. Box 34022
Seattle, WA 98124

I.R.S.
P.O. Box 7346
Philadelphia, PA 12101-7346

MIC Corporation
8205 N. Division
Spokane, WA 99208

S&E
14773 South Heritage Crest Way
Bluffdale, UT 84065

John Tonani
122 S. Bentley Place
Post Falls, ID 83854

Confero Inc.
1152 Executive Circle
Suite 10
Cary, NC 27511

Mancini Properties
P.O. Box 361930
Milpitas, CA 95036-1930