Daren R. Brinkman (SBN 158698)
Laura J. Portillo (SBN 186813)
Kevin C. Ronk (SBN 241598)
BRINKMAN PORTILLO RONK, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, California 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

[Proposed] Counsel for the Official
Committee of Unsecured Creditors
of Tri Cities Fast Lubes, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

In re:

TRI-CITIES FAST LUBES, INC.,

Debtor.

Bankruptcy Case No.: 9:11-bk-10125-RR

Chapter 11

**APPLICATION OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
FOR ORDER AUTHORIZING
EMPLOYMENT OF BRINKMAN PORTILLO
RONK, PC AS COUNSEL *NUNC PRO TUNC*;
DECLARATION OF DAREN R. BRINKMAN**

[No Hearing Required, Unless Requested]

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY
JUDGE:**

The Official Committee of Unsecured Creditors ("Committee") of TRI-CITIES FAST
LUBES, INC. ("Debtor") represents as follows:

1.    On or about January 10, 2011, a voluntary petition for relief was filed by the Debtor
under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2.    No trustee has been appointed by the Court, and the Debtor remains Debtor-in-
Possession.

3.    On or about April 8, 2011, the Office of the United States Trustee ("OUST") appointed the Committee pursuant to 11 U.S.C. § 1102(a).

4.    On April 8, 2011, by unanimous consent of the Committee members, the Committee selected Brinkman Portillo Ronk, PC ("BPR") to serve as its counsel in the above-captioned bankruptcy case.

5.    The professional services that BPR may render to the Committee include, but are not limited to:

    A.    Assisting the Committee in its investigation of the acts, conduct, assets, liabilities and financial condition of the Debtor, the operation of the Debtor's business, including the formulation of a plan of reorganization;

    B.    Advising the Committee as to its duties and powers; and

    C.    Performing such other legal services as may be required in the interests of the creditors. Such services may include, if requested, analysis of claims, and prosecuting avoidance, preference and other recovery actions on behalf of the estate.

6.    Daren R. Brinkman of BPR will be primarily advising and representing the Committee and is experienced in matters of this type, and the Committee believes BPR is qualified to represent its interests in this matter. BPR's resume is attached to the Declaration of Daren R. Brinkman (hereinafter the "Brinkman Decl.") as Exhibit "A". A copy of BPR's schedule of hourly fee rates for services to be rendered and system support costs and expense disbursements is attached to the Brinkman Decl. as Exhibit "B."

7.    Subject to the Brinkman Decl. attached hereto and the disclosures contained therein and to the best of the Committee's knowledge, the Committee believes BPR is disinterested as that term is defined in 11 U.S.C. § 101(14) and represents or holds no interest adverse to the Debtor's bankruptcy estate in the matters on which it is to be employed, nor do any of the attorneys employed by BPR have any connection with the Debtor, its employees, accountants, the OUST, nor any employee of the OUST, creditors or other parties in interest.

8.      There are no amounts due to BPR from the Debtor on account of any pre-petition services rendered.

9.      BPR has not received a retainer.

10.     The Committee has been informed that BPR has not agreed to share any compensation for services rendered or to be rendered in any capacity in connection with this case between BPR and any other entity, except among BPR personnel.

11.     BPR's charges for its professional services are based upon the time and labor required, the difficulty of the issues involved, the skill requisite to perform the legal service properly, the preclusion of other employment, time limitations imposed by the circumstances and the experience and ability of BPR.

12.     BPR shall seek compensation pursuant to 11 U.S.C. § 330.

13.     A copy of the proposed order authorizing employment of BPR is attached hereto as Exhibit "C".

14.     A copy of the NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL *NUNC PRO TUNC*, which is being filed and served contemporaneously with this Application is attached hereto as Exhibit "D".

**WHEREFORE,** the Committee prays that this Court enter an order authorizing the Committee to employ BPR as its counsel as of record, *nunc pro tunc* as of April 8, 2011.

Dated: April ___, 2011   5/5/11

Brandon Smith, Co-Chairman of and for the
Official Committee of Unsecured Creditors

# DECLARATION OF DAREN R. BRINKMAN

I, Daren R. Brinkman, declare as follows:

1.      I am an attorney at law duly admitted to practice in the State of California and this Court.

2.      I am a principal of Brinkman Portillo Ronk, PC ("BPR") and maintain an office for the practice of law at 4333 Park Terrace Drive, Suite 205, Westlake Village, California, 91361.

3.      I have personally reviewed the list of major creditors of Tri Cities Fast Lubes, Inc., ("Debtor") as it relates to the application of the Official Committee of Unsecured Creditors ("Committee") to employ BPR as its counsel, and I make this declaration based upon that review.

4.      If called upon, I could and would testify competently to the contents of this declaration.

5.      BPR has not received a retainer from the Debtor.

6.      To the best of my knowledge, information and belief, BPR does not represent any person or entity holding an interest adverse to this bankruptcy estate.  BPR is disinterested within the meaning of 11 U.S.C. § 101(14).  BPR has no connection with the Debtor, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed by the United States Trustee, creditors or other parties in interest, except that BPR previously represented creditor A & I Distributors ("A & I") in connection with this case.  BPR's individual representation of A & I terminated upon formation of the Committee of Unsecured Creditors of Tri Cities Fast Lubes, Inc. on April 8, 2011.

7.      BPR is not a pre-petition creditor of the Debtor.

8.      BPR does not represent a principal, officer or director of the Debtor.

9.      Accordingly, I believe BPR to be disinterested within the meaning of 11 U.S.C. § 101(14).

10.     BPR has no agreement to share its fees with any person or entity, other than among those associated with or employed by BPR.

11.     BPR has satisfied, complied with and is not otherwise disqualified from employment by the Committee by the provisions of 11 U.S.C. §§ 2014, 2016, and 5002 of the Federal Rules of Bankruptcy.

12.     A true and correct copy of BPR's resume is attached hereto as Exhibit "A."

13.     A true and correct copy of BPR's schedule of hourly fee rates for services to be rendered and system support costs and expense disbursements is attached to the Brinkman Decl. as Exhibit "B."

14.     A true and correct copy of the proposed order authorizing employment of BPR is attached hereto as Exhibit "C."

15.     Contemporaneously with the APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL *NUNC PRO TUNC*; DECLARATION OF DAREN R. BRINKMAN, BPR is filing and serving the NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL *NUNC PRO TUNC* on the United States Trustee, its counsel, Debtor, its counsel and the Court.  A copy of the Notice is attached hereto as Exhibit "D".

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of May 2011, at Westlake Village, California.


Daren R. Brinkman, Declarant

# EXHIBIT A

# BRINKMAN PORTILLO RONK, PC

<table>
<tr>
<td>4333 PARK TERRACE DRIVE, SUITE 205<br>WESTLAKE VILLAGE, CALIFORNIA 91361<br>TELEPHONE: (818) 597-2992<br>FACSIMILE: (818) 597-2998</td>
<td>8275 EASTERN AVENUE, SUITE 200<br>LAS VEGAS, NEVADA 89123<br>TELEPHONE: (800) 446-6801<br>FACSIMILE: (702) 920-8753</td>
<td>1230 AVENUE OF THE AMERICAS<br>7TH FLOOR, ROCKEFELLER CENTER<br>NEW YORK CITY, NEW YORK 10020<br>TELEPHONE: (212) 929-5320<br>FACSIMILE: (212) 937-1928</td>
</tr>
</table>

## FIRM RESUME

**PRACTICE AREAS:** Business and Commercial Law, including Litigation, Bankruptcy and Transactional Work. Brinkman Portillo Ronk, PC provides counseling, litigation, and corporate services in a range of practice areas including bankruptcy, real estate, general business, international business, securities, intellectual property protection and litigation, and venture capital.

**FIRM PROFILE:** The firm assists its clients in all manners of state and federal court litigation, bankruptcy, out-of-court workouts and commercial law, including contract and other transactional documentation. In addition to the practice of law, the firm's attorneys spend a great deal of time and effort speaking and writing for commercial credit organizations and publications. The firm has also published its own quarterly newsletter, *The Commercial Law Quarterly*, with circulation to over 3,000 organizations.

Daren Brinkman originally formed the firm after departing from long-established national and regional firms in search of an entrepreneurial environment that was more attuned to both the business and legal needs of his clients. The Firm has consciously avoided the high overhead costs other firms frequently incur and has been able to maintain reasonable rates for the benefit of its clients without compromising a high degree of quality work. The Firm's clients receive the depth of expertise of larger firms with the responsiveness and cost-effectiveness that a smaller, specialized firm provides.

## MAJOR CASE ASSIGNMENTS

### HIGH TECHNOLOGY / ENTERTAINMENT

**Anson Computers.** The firm represented the official creditors committee of this wholesaler/distributor of computer hardware systems.

**Auspex Systems, Inc.** The firm represented the official creditors committee for this NASDAQ-traded company, which was a pioneer in network data storage for large enterprises. Although Auspex was no longer operating upon filing chapter 11, with little or no cash to pay creditors, BP's efforts created a bidding frenzy for the sale of the company's intellectual property, resulting in *payment in full with interest* to unsecured creditors.

**Boutit, Inc.** The firm represented the official creditors committee for this company, which was a record company and record label founded and owned by rapper Percy Miller, aka "Master P".

**Carnot Technical Services.** The firm represented the official creditors committee for this company in the environmental testing industry. Through the firm's efforts, the *creditors were paid in full* in this case.

**Clarent Corporation.** The firm represented the official creditors committee for this pioneer wholesaler of voice over the Internet hardware and software. Clarent Corporation was a NASDAQ-traded company.

**Consumer Review, Inc.** The firm represented the official creditors committee of this online consumer information service company.

**Driven Image, Inc.** The firm represents the official creditors committee for this nationwide company that rented luxury vehicles.

**Potomac Energy Corporation.** The firm represented the official creditors committee in this bankruptcy involving a commercial electric power plant. The firm found the buyer for the company's assets, and successfully negotiated a reduction in an environmental clearing claim hereby achieving a dividend of over $.80 on the dollar.

**Relianse, Inc.** The firm represented Relianse, Inc., a telecom equipment supplier, in a breach of contract/collection matter involving Fones4All Corporation, a local phone services carrier in the Southern California area. The firm recovered the equipment Fones4All Corporation wrongly took from Relianse, Inc., along with a cash settlement.

**Resort Theaters of America.** The firm represented the official creditors committee for this regional chain of movie theaters.

**Spectra F/X.** The firm represented the official creditors committee for this designer/manufacturer of theme parks, ride systems, rock concerts, and casino shows.

**Statordyne Corporation.** The firm represented the official unsecured creditors committee of this manufacturer of patented uninterruptible power supply units, effectively confirming a creditor committee-sponsored plan of reorganization.

## MEDICAL

**Advocare International, L.L.C.** The firm represented this Texas health goods provider in several California medical bankruptcies.

**Meris Laboratories** The firm represented this medical laboratory in its efforts to acquire several other laboratories out of chapter 11 proceedings and then later in Meris' own pre-chapter 11 workout efforts, leading up to its acquisition by Unilab.

**Sheehan Memorial Hospital** The firm represented the official committee of unsecured creditors for this not for profit hospital.

**Contemporary Dialysis, Inc.** The firm represented the official committee of unsecured creditors for this magazine publisher in the medical arena. The firm was instrumental in

obtaining a negotiated plan with the debtor for payouts on the effective date of approximately $.50 per dollar.

## EMPLOYMENT / PAYROLL SERVICES

**Outsource International, Inc. (Tandem/ Labor World temporary staffing).** The firm represented the official creditors committee for this national temporary staffing services firm, which was a NASDAQ-listed company prior to chapter 11.

**Money Pro.** The firm represented the chapter 11 creditors committee for this chain of check cashing/payroll advance stores.

## HOTEL MANAGEMENT

**Grand Hotel.** The firm represented the partnership that owned and operated the Grand Hotel, an eleven acre hotel complex next to Disneyland that was involuntarily caught up in Walt Disney Co.'s expansion plans. After a lengthy court battle, the firm productively enjoined Disney's efforts to foreclose and obtained the confirmation of a plan which paid *all creditors claims in full with interest*, and returned millions of dollars to the partnership.

## MANUFACTURING/INDUSTRIAL

**Argon Industries.** The firm represented the official creditors committee for this plastic bag manufacturer.

**B&D Auto & Truck Salvage.** The firm represented this auto salvage/ metal recycling yard through chapter 11 and a successful sale as a going concern, which paid *unsecured creditors in full*.

**Kenetech Windpower.** The firm represented a trade creditors committee in this alternative power company with over $100 million in assets and approximately $1.5 billion in claims.

**Prometrix Corporation.** The firm represented the official creditors committee until this case was converted to a Chapter 7 bankruptcy. The firm continued to act as special counsel for the Chapter 7 Trustee, and successfully prosecuted insiders of the corporation, to achieve a settlement paying creditors over $.80 per dollar.

**Servall Packaging Industries.** The firm represented the official creditors committee for this company in the plastic packaging industry.

**Vermax.** The firm represented the official creditors committee for this manufacturer of faux marble bathroom fixtures.

## PUBLISHING

**Dimensional Stone Institute, Inc.** The firm represented the official committee of unsecured creditors for this construction trade-related magazine publisher. The firm was instrumental in negotiating and confirming a committee-supported plan of reorganization that paid unsecured creditors about $.50 on the dollar.

**Tile and Decorative Surfaces Magazine Publishing, Inc.** The firm represented the official creditors committee for this magazine publisher in the construction trade. The firm successfully fought and negotiated with the debtor to raise the effective date distributions to creditors from the original $.03 per dollar proposed by the debtor to the final $.50 per dollar distribution negotiated by the Committee and finally paid to creditors.

## RETAILING/MERCHANDISING

**Boston Market (Boston West, LLC).** The firm represented the official creditors committee involving the bankruptcy of this large chain of fast-food chicken eateries.

**Rampage Retailing/Clothing.** The firm represents the official creditors committee/post-confirmation disbursing agent and trustee in this bankruptcy in the fashion-retailing business.

**Home Express.** The firm represented a group of reclamation claimants in this case involving a 30-plus chain of stores in the houseware-retailer market. The firm has successfully negotiated allowance for most of the reclamation claimholders it represented.

**Golden Bird.** The firm represented the principal of this chain of fried-chicken restaurants in the negotiations involving the sale of corporate and personal assets in bankruptcy.

**Golf Club Factory Outlets (a/k/a U.S. Golf Centers).** The firm represented the official creditors committee for this chain of 8 retail stores in the golf retail business.

**Mace Group, Inc. dba McCally.** The firm represents the official creditors committee for this resaler of computer parts and accessories.

**Thieves Market.** The firm represented the creditors committee in this chain of 16 retail stores in the boot and westernware business.

**QPS, Inc.** The firm represents the official unsecured creditor's committee of this former resaler of computer hardware and computer accessories.

## WHOLESALE DISTRIBUTORS

**Betta Products, Inc.** The firm represents the official creditors committee for this wholesaler of paper products.

**Bumble Bee Tuna.** The firm represented the official creditors committee in this case involving the well-known canner and distributor of tuna and seafood products. The firm's efforts lead to a plan providing *payment in full* to unsecured trade creditors.

**Craig Consumer Electronics.**  The firm represented the official creditors committee for this wholesaler of the Craig stereo brand in its bankruptcy case.

**Fabric in USA, Inc.**  The firm represented a group of three factors/creditors of this wholesaler/jobber in the fabric/garment business.

**Heartland Dairy.**  The firm represented Ralph's (an affiliate of Fred Meyers), Smith's Foods and Stewart/Walker Company as involuntary petitioning creditors of a major producer of water beverages and milk products in the state of Arizona.

**Lumenyte International Corp.**  The firm represented the official unsecured creditors committee for this business involved in the manufacture and wholesale of fiber optical materials. The firm successfully negotiated an increase of payments to be made to creditors from an estimated $.10 per dollar over two years to an estimated return of over $.50 per dollar.

**Merchants Delivery Systems, Inc.**  The firm represented the creditors committee in the bankruptcy case involving a regional LTL trucking company.  The firm was instrumental in obtaining a turnover in control and the sale of the company to a national trucking concern.

**Pacific Arts Publishing, Inc.**  The firm represented the official creditors committee in this bankruptcy case involving a business in the wholesale/mail order distribution of educational/arts-related videotapes.

**Sole Group, Inc.**   The firm represented several petitioning creditors in this case involved in the production and wholesale distribution of bottled-water beverages.

**Stueve Brothers Farms (formerly known as Alta Dena Farms).**  The firm represented the official creditors committee in this bankruptcy case involving over $50 million in assets in this business involved in the production of milk and milk products. The firm's efforts led to a confirmed plan that *paid all creditors in full* with 7% interest.

## PARTNERS

**DAREN R. BRINKMAN** practices in the area of bankruptcy, commercial law, secured transactions and workouts. Mr. Brinkman handles all aspects of commercial and bankruptcy litigation in federal and state courts. Prior to forming Brinkman & Associates (the former name of Brinkman Portillo, PC), Mr. Brinkman was a partner with Blakeley Brinkman & Rallis LLP. Before that, Mr. Brinkman was a bankruptcy and creditors' rights attorney with Adams, Duque & Hazeltine, Andrews & Kurth, and Jenkens & Gilchrist.  Mr. Brinkman received his undergraduate degree in Economics from Brigham Young University in 1985, as well as being a Hinckley Scholar.  He received his law degree in 1988 from Boalt Hall School of Law, at the University of California, Berkeley.

Mr. Brinkman has represented secured and unsecured creditors in all manner of operating company and real estate contexts.  In his early years, Mr. Brinkman primarily represented asset-based lenders in documenting original loans and workouts involved in asset-based loans and in documenting LBO's.  His practice then shifted to bankruptcy and commercial litigation related to creditor's rights.  Mr. Brinkman's lending experience has assisted the firm in its analysis of the

validity of secured lenders' security documentation and in the documentation of sales and loan restructures from the Committee perspective as part of Chapter 11 cases. His litigation expertise guides the firm in its representation of committees when they take a lead role in the prosecution of avoidance actions and other litigation matters.

Mr. Brinkman also speaks frequently to trade groups regarding debtor-creditor law, and has published a number of articles including, "The Revised Uniform Commercial Code Changes Unsecured Creditors' Rights in Sales and Secured Transactions: Is the Revised UCC "New and Improved or Just New," *Business Credit*, September 1998; "Dealing With the Apparent Agent," *Credit Today*, August 1998; "Holding Factors Liable for the Vendor's Client Risk: Who Bears the Risk When a Vendor's Customer Defaults," *Credit Today*, December 1998; "Buying Assets Out of Bankruptcy: Procedural Hurdles to Bargain Bonanza," *Business Credit*, October, 1998; "The New Value Exception to the Absolute Priority Rule After Ahlers," 106 Banking Law Journal 351 (1989); "Ethical Considerations for Bankruptcy Trustees and Debtors in Possession," (presented at National Association of Bankruptcy Trustees Annual Conference, 1989); "Was Your Product Used to Improve Real Property Without Paying You? The Overlooked Remedy of Mechanics and Materialmens Liens," *Business Credit*, September 1997. Mr. Brinkman is also a member of the editorial board of the *Journal of Credit Control Management.*

**LAURA J. PORTILLO** practices in the area of complex civil litigation in federal and state courts, international law, bankruptcy, real estate, and corporate law. Ms. Portillo received her undergraduate degree in History from the University of California, Los Angeles. She received her law degree from Pepperdine University School of Law and is a Captain in the United States Army Reserve. Ms. Portillo has completed the certificate program at the Straus Institute of Dispute Resolution at Pepperdine, and has convened numerous mediations and represented clients in both arbitrations and mediations. Ms. Portillo is licensed to practice in the states of California, New York and Nevada. While in law school, Ms. Portillo placed an emphasis on the areas of securities regulation, banking, and international business transactions. She also studied European Community Law while a resident in London, U.K. Ms. Portillo is fluent in Spanish and has facilitated business and real estate matters in Mexico. Ms. Portillo is a board member of a non-profit corporation, Labs and Buddies Animal Rescue.

**KEVIN RONK** practices in the area of commercial litigation in California state and federal courts. Mr. Ronk earned his law degree from Pepperdine University School of Law in 2005; an M.B.A. degree from Pepperdine University in 1998; and graduated from California State University, Northridge with a B.A. in Economics in 1995. Mr. Ronk also holds a Certificate in Entrepreneurship and Technology Law from the Geoffrey H. Palmer Center for Entrepreneurship and the Law at Pepperdine University. Mr. Ronk's background in finance and his ability to efficiently analyze vast amounts of data are assets to both the firm and its clients.

## ASSOCIATE

**JEFFREY STEPHENS** is a 2009 graduate of the UCLA School of Law, with a specialization in taxation matters. He is also a graduate of Brigham Young University, from which he received his Bachelor of Science in management and finance. Mr. Stephens has represented clients in state court and prepared briefs on business entities, tax considerations of outsourcing, wrongful termination, professional overtime statutes, and consumer rights in real estate.

**KIRK C. PEARSON** is a 2009 graduate of Pepperdine University School of Law, where he was editor of the Journal for Business, Entrepreneurship and the Law.  He is also a 2005 graduate of Brigham Young University where he received his Bachelor of Arts in English.  Mr. Pearson has experience in complex civil litigation, business entities, and contracts. He is admitted to practice in the State of California and the United States District Court for the Central District of California.

# EXHIBIT B

# BRINKMAN PORTILLO RONK, PC

4333 PARK TERRACE DRIVE, SUITE 205
WESTLAKE VILLAGE, CALIFORNIA 91361
TELEPHONE (818) 597-2992
FACSIMILE (818) 597-2998
E-MAIL firm@brinkmanlaw.com

## RATE SHEET

Updated February 24, 2011

| Professionals | Hourly Rate |
|---|---|
| Daren R. Brinkman | $535.00 |
| Laura J. Portillo | $455.00 |
| Kevin C. Ronk | $355.00 |
| Jeffrey P. Stephens | $295.00 |
| Kirk C. Pearson | $295.00 |
| Paralegals and Law Clerks | $100.00 - $180.00 |

| Expenses | Rate |
|---|---|
| Telephone (Long Distance) | Cost |
| Facsimile (Incoming) | $.20 per page |
| Facsimile (Outgoing) | $1.00 per page |
| Messenger (Contract) | Cost |
| Photocopy | $.20 per page |
| Computer Research (Legal Database) | Vendor's line item charge |

# EXHIBIT C

1  Daren R. Brinkman (SBN 158698)
   Laura J. Portillo (SBN 186813)
2  Kevin C. Ronk (SBN 241598)
   BRINKMAN PORTILLO RONK, PC
3  4333 Park Terrace Drive, Suite 205
   Westlake Village, California 91361
4  Telephone: (818) 597-2992
   Facsimile: (818) 597-2998
5
   Counsel for the Official Committee of
6  Unsecured Creditors of Tri Cities Fast
   Lubes, Inc.
7

8             UNITED STATES BANKRUPTCY COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  NORTHERN DIVISION

11
   In re:                               Bankruptcy Case No.: 9:11-bk-10125-RR
12
   TRI CITIES FAST LUBES, INC.,         Chapter 11
13
            Debtor.
14
                                        ORDER GRANTING APPLICATION OF THE
15                                      OFFICIAL COMMITTEE OF UNSECURED
                                        CREDITORS FOR ORDER AUTHORIZING
16                                      EMPLOYMENT OF BRINKMAN PORTILLO
                                        RONK, PC AS COUNSEL *NUNC PRO TUNC*
17
18
19                                      [No Hearing Held]
20
21

22        Upon reviewing the Application of the Official Committee of Unsecured Creditors for Order

23  Authorizing Employment of Brinkman Portillo Ronk, PC as Counsel *Nunc Pro Tunc*; Declaration

24  of Daren R. Brinkman (the "Application")[docket entry number ___], and the notice thereof [docket

25  entry number ___], and no pleading having been filed in opposition to the Application, and it

26  appearing to the Court that Brinkman Portillo Ronk, PC ("BPR") does not represent or hold any

27  interest adverse to the Debtor, the Estate, creditors of the Estate, or any party in interest and their

28

                                        1

1  respective attorneys and accountants, or the Office of the united States Trustee ("OUST"), that

2  BPR's employment is in the best interests of the Estate, and good cause appearing therefor,

3

4      **IT IS HEREBY ORDERED** that the Committee of Unsecured Creditors of Tri Cities Fast

5  Lubes, Inc. (the "Committee") is authorized to employ Brinkman Portillo Ronk, PC, effective April

6  11, 2011, for the purpose of providing legal services to the Committee as provided in its

7  Application filed with this Court on May 5, 2011, with compensation to be determined subject to

8  approval by this Court after notice of hearing.

9                                  ###

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT D

1 | Daren R. Brinkman (State Bar No. 158698)
2 | Laura J. Portillo (State Bar No. 186813)
Kevin C. Ronk (State Bar No. 241598)
3 | BRINKMAN PORTILLO RONK, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, California 91361
4 | Telephone: (818) 597-2992
Facsimile: (818) 597-2998
5 |
6 | [Proposed] Counsel for the Official Committee
of Unsecured Creditors of Tri Cities Fast Lubes, Inc.

7 |

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | NORTHERN DIVISION

11 |

12 | In re:                                Bankruptcy Case No.: 9:11-bk-10125-RR

13 | TRI CITIES FAST LUBES, INC.,          Chapter 11

14 |                  Debtor.

15 |                                       **NOTICE OF APPLICATION OF THE
OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ORDER AUTHORIZING
16 |                                       EMPLOYMENT OF BRINKMAN PORTILLO
RONK, PC AS COUNSEL *NUNC PRO TUNC***
17 |

18 |                                       [Local Bankruptcy Rule 2014-1(b)(2)(B)]

19 |                                       [No Hearing Required, Unless Requested]

20 |

21 |

22 | **TO THE UNITED STATES TRUSTEE, DEBTOR AND THEIR ATTORNEYS OF**

23 | **RECORD:**

24 |

25 | **PLEASE TAKE NOTICE** that on May 5, 2011, the Official Committee of Unsecured

26 | Creditors ("Committee") of Tri Cities Fast Lubes, Inc. ("Debtor"), filed with the Court the

27 | APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR

28 | ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS

1

1   COUNSEL *NUNC PRO TUNC*; DECLARATION OF DAREN R. BRINKMAN (the

2   "Application"). Through the Application, the Committee seeks to employ the law firm of Brinkman

3   Portillo Ronk, PC as its counsel in the above-entitled bankruptcy case *nunc pro tunc* as of April 11,

4   2011.

5       The professional services that BPR renders on behalf of the Committee shall be

6   compensated pursuant to 11 U.S.C. § 330. The source of payment of BPR's fees and costs will be

7   the assets of the Debtor's bankruptcy estate after Court approval of BPR's applications for payment

8   of fees and reimbursement of costs. BPR's hourly rates for its professionals are as follows:

9

| | **Normal Rate** |
|---|---|
| Daren R. Brinkman | $535 |
| Laura J. Portillo | $455 |
| Kevin Ronk | $355 |
| Jeff Stephens | $295 |
| Kirk Pearson | $295 |
| Paralegals & Law Clerks | $175 |

16 BPR's system support costs and expense disbursements are as follows:

| | | |
|---|---|---|
| Telephone | Long Distance | Cost |
| Facsimile | | $.20 per incoming page |
| | | $1.00 per outgoing page |
| Messenger | Contract | Cost |
| Photocopy | Contract | $.20 per page |
| Computer Research | Lexis, Westlaw, etc. | Vendor's line item charge |

25 BPR has not taken a retainer from the Committee in this case.

26 ///

27 ///

28

A copy of the Application will be provided to interested parties upon request to:

Orson Baumann
BRINKMAN PORTILLO RONK, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, California 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

**PLEASE TAKE FURTHER NOTICE** that any response and request for a hearing, in the form required by Local Bankruptcy Rule 9013-1(f)(1), must be filed and served on the Committee, Brinkman Portillo Ronk, PC, and the United States Trustee not later than 14 days from the date of service of this Notice.

DATED: May 5, 2011

Respectfully submitted,

BRINKMAN PORTILLO RONK, PC


By ___/s/ Daren R. Brinkman_____
    Daren R. Brinkman
    [Proposed] Counsel for the Official Committee of
    Unsecured Creditors of Tri Cities Fast Lubes, Inc.

| In re: TRI CITIES FAST LUBES, INC. | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER: 9:11-bk-10125-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4333 Park Terrace Dr., Ste 205, Westlake Village, Ca 91361

A true and correct copy of the foregoing document described as **NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL** *NUNC PRO TUNC* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *May 5, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒    Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On *May 5, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

By Overnight Delivery
Hon. Robin L. Riblet
NORTHERN DIVISION
U.S. Bankruptcy Court
1415 State Street, Ste 103
Santa Barbara, CA 93101-2511

☒    Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *Fill in Date Document is Filed,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 5, 2011 | Orson Baumann | /s/ Orson Baumann |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                  **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| In re: TRI CITIES FAST LUBES, INC.<br><br>Debtor(s). | CHAPTER  11<br><br>CASE NUMBER: 9:11-bk-10125-RR |

**CONTINUED SERVICE LIST:**

*Served Electronically via Notice of Electronic Filing System*

- Lynsey M Eaton    leaton@gglts.com
- Kristin Knox Esche    kristinknoxesche@dwt.com, lisahernandez@dwt.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Bryan M Gragg    bgragg@gglts.com
- Jonathan Gura    jon@msmlaw.com, cheryl@msmlaw.com
- Mary H Haas    maryhaas@dwt.com
- Nicholas Henderson    nhenderson@portlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

*Served by U.S. Mail*

**Debtor**

**Tri-Cities Fast Lubes, Inc.**
230 Station Way, Suite D
Arroyo Grande, CA 93420

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**

| In re: TRI CITIES FAST LUBES, INC. | CHAPTER 11 |
| | CASE NUMBER: 9:11-bk-10125-RR |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

       4333 Park Terrace Dr., Ste 205, Westlake Village, Ca 91361

A true and correct copy of the foregoing document described as **APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL** *NUNC PRO TUNC;* **DECLARATION OF DAREN R. BRINKMAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 5, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

                    ⊠      Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On **May 5, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

     By Overnight Delivery
     Hon. Robin L. Riblet
     NORTHERN DIVISION
     U.S. Bankruptcy Court
     1415 State Street, Ste 103
     Santa Barbara, CA 93101-2511

                    ⊠      Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

                    ☐      Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 5, 2011 | Orson Baumann | /s/ Orson Baumann |
| --- | --- | --- |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                            **F 9013-3.1.PROOF.SERVICE**

| | CHAPTER  11 |
|---|---|
| In re: TRI CITIES FAST LUBES, INC. | CASE NUMBER: 9:11-bk-10125-RR |
| Debtor(s). | |

**CONTINUED SERVICE LIST:**

*Served Electronically via Notice of Electronic Filing System*

- Lynsey M Eaton    leaton@gglts.com
- Kristin Knox Esche    kristinknoxesche@dwt.com, lisahernandez@dwt.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Bryan M Gragg    bgragg@gglts.com
- Jonathan Gura    jon@msmlaw.com, cheryl@msmlaw.com
- Mary H Haas    maryhaas@dwt.com
- Nicholas Henderson    nhenderson@portlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

*Served by U.S. Mail*

**Debtor**

**Tri-Cities Fast Lubes, Inc.**
230 Station Way, Suite D
Arroyo Grande, CA 93420

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                        **F 9013-3.1.PROOF.SERVICE**