Daren R. Brinkman (SBN 158698)
Laura J. Portillo (SBN 186813)
Kevin C. Ronk (SBN 241598)
BRINKMAN PORTILLO RONK, PC
4333 Park Terrace Drive, Suite 205
Westlake Village, California 91361
Telephone: (818) 597-2992
Facsimile: (818) 597-2998

Counsel for the Official Committee of Unsecured Creditors of Tri Cities Fast Lubes, Inc.

**FILED & ENTERED**

**MAY 31 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY rust        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>TRI-CITIES FAST LUBES, INC.,<br><br>Debtor. | Bankruptcy Case No.: 9:11-bk-10125-RR<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL *NUNC PRO TUNC*** <br><br>[No Hearing Held] |

Upon reviewing the Application of the Official Committee of Unsecured Creditors for Order Authorizing Employment of Brinkman Portillo Ronk, PC as Counsel *Nunc Pro Tunc*; Declaration of Daren R. Brinkman (the "Application")[docket entry number 67], and the notice thereof [docket entry number 68], and no pleading having been filed in opposition to the Application, and it appearing to the Court that Brinkman Portillo Ronk, PC ("BPR") does not represent or hold any interest adverse to the Debtor, the Estate, creditors of the Estate, or any party in interest and their

1

1  respective attorneys and accountants, or the Office of the united States Trustee ("OUST"), that

2  BPR's employment is in the best interests of the Estate, and good cause appearing therefor,

3

4       **IT IS HEREBY ORDERED** that the Committee of Unsecured Creditors of Tri-Cities Fast

5  Lubes, Inc. (the "Committee") is authorized to employ Brinkman Portillo Ronk, PC, effective April

6  11, 2011, for the purpose of providing legal services to the Committee as provided in its

7  Application filed with this Court on May 5, 2011, with compensation to be determined subject to

8  approval by this Court after notice of hearing.

9  ###

10  ###

11  ###

12  ###

13  ###

14  ###

15  ###

16  ###

17  ###

18  ###

19  ###

20  ###

21  ###

22

23

24                            *Robin Riblet*

25

26  DATED: May 31, 2011                      United States Bankruptcy Judge

27

28

2

| In re: | CHAPTER 11 |
|---|---|
| TRI-CITIES FAST LUBES, INC. | CASE NUMBER: 9:11-bk-10125-RR |
| Debtor(s). | |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4333 Park Terrace Dr., Ste 205, Westlake Village, California 91361

A true and correct copy of the foregoing document described **ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL** *NUNC PRO TUNC* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ***Fill in Date Document is Filed***, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ***May 20, 2011,*** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**By Overnight Mail**
Honorable Robin Riblet
NORTHERN DIVISION
U.S. Bankruptcy Court
1415 State Street, Suite 103
Santa Barbara, California 93101-2511

**By U.S. Mail**
Office of the United States Trustee (ND)
21051 Warner Center Lane, Suite 115
Woodland Hills, California 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 20, 2011 | Orson Baumann | /s/ Orson Baumann |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

| In re: |  | CHAPTER 11 |
|---|---|---|
| | TRI-CITIES FAST LUBES, INC. | CASE NUMBER: 9:11-bk-10125-RR |
| | Debtor(s). | |

**NOTE TO USERS OF THIS FORM**:
1)  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2)  The title of the judgment or order and all service information must be filled in by the party lodging the order.
3)  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4)  **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ORDER AUTHORIZING EMPLOYMENT OF BRINKMAN PORTILLO RONK, PC AS COUNSEL** *NUNC PRO TUNC* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***May 20, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Daren Brinkman    office@brinkmanlaw.com
- Lynsey M Eaton    leaton@gglts.com
- Kristin Knox Esche    kristinknoxesche@dwt.com, lisahernandez@dwt.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Bryan M Gragg    bgragg@gglts.com
- Jonathan Gura    jon@msmlaw.com, cheryl@msmlaw.com
- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com
- Nicholas Henderson    nhenderson@portlaw.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov

☐  Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒  Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED .ORDER**

| In re: | | CHAPTER  11 |
|---|---|---|
| | TRI-CITIES FAST LUBES, INC. | CASE NUMBER: 9:11-bk-10125-RR |
| | Debtor(s). | |

**CONTINUED SERVICE LIST FOR ENTERED ORDER**

*SERVED BY MAIL*:

***Debtor and Debtor-in-Possession***
Tri-Cities Fast Lubes, Inc.
Attn: Sean Porcher
230 Station Way, Suite D
Arroyo Grande, CA 93420


***Creditors Committee***
Connell Oil, Inc.
C/o Lyla Poland, Credit Manager
1015 North Oregon
P.O. Box 3998
Pasco, Wa 99301

A&I Distributors
c/o Scott Stonaway, Corp. Secretary
900 1st Avenue N.
P.O. Box 1999
Billings, MT 59103-1999

Kory Jackson
c/o K&M Jackson, LP
General Manager
3700 NW Roosevelt Dr.
Corvalis, Or 97330

Lamar Advertising
c/o Robert Bewick, Corp. Credit Mgr.
5321 Corporate Blvd.
Baton Rouge, La 70808

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED .ORDER**